UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMSES OWENS,<br>  a/k/a "Ramses Owens Saad,"<br>DIRK BRAUER,<br>RICHARD GAFFEY,<br>  a/k/a "Dick Gaffey," and<br>HARALD JOACHIM VON DER GOLTZ,<br>  a/k/a "H.J. von der Goltz,"<br>  a/k/a "Johan von der Goltz,"<br><br>        Defendants. | 18 Cr 00693 (RMB)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

      The motion of William J. Lovett for admission to practice Pro Hac Vice in the above captioned matter is GRANTED.

      Applicant has declared that he is a member of good standing of the Bar of the Commonwealth of Massachusetts (12/13/1999), and that his contact information is as follows:

      William J. Lovett
      HOGAN LOVELLS US LLP
      100 High Street, 20th Floor, Boston, MA 02110
      Telephone: (617) 371-1007
      Email: william.lovett@hoganlovells.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Richard Gaffey in the above-captioned litigation,

      IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned litigation in the United States District Court for the Southern District of New

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  December ___, 2018

_____
United States District Judge