**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2019

**BY ECF**

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/19
```

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Richard Gaffey and Harald Joachim von der Goltz*, 18 Cr. 693 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter in response to the Court's order dated May 21, 2019, setting a conference for May 28, 2019, at 9:15 a.m. Dkt. No. 89. The undersigned attorney is not available on that date. The parties have conferred and counsel for all parties are available on May 29, 2019, and also on the afternoon of May 31, 2019. Accordingly, the Government respectfully requests that the Court reschedule the status conference for May 29, 2019, or the afternoon of May 31, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

DEBORAH CONNOR
Chief, Money Laundering and Asset Recovery
Section, Criminal Division

By: _____
Eun Young Choi and Thane Rehn
Assistant United States Attorneys
(212) 637-2187/2354

Michael Parker and Parker Tobin
Trial Attorneys, Criminal Division

cc: Defense Counsel (by ECF)

*Conference is adjourned to May 29, 2019 at 12:00 noon.*

SO ORDERED:
Date: 5/22/19
Richard M. Berman, U.S.D.J.