# EXHIBIT A

# AFFIDAVIT OF
# ATTORNEY MARCELA ARAUZ QUINTERO

(REPUBLIC OF PANAMA SEAL — TWELFTH NOTARY OF CIRCUIT)

## AFFIDAVIT
### (SWORN STATEMENT)

SUBJECT: REVACK HOLDINGS FOUNDATION - THE UNITED STATES OF AMERICA vs RAMSES OWENS A/K/A "RAMSES OWENS SAAD" AND OTHERS.

The undersigned counsel, with Bar number 6519, practicing Criminal Law in the Republic of Panama since April 25th, 2002, hereby declares the following:

(1) SEIZURE OF THE FUNDS OF THE ACCOUNTS OF THE REVACK HOLDINGS FOUNDATION and its subsidiaries, HELD IN THE CREDICORP BANK – PANAMA. The undersigned counsel has been informed and has corroborated that all the deposited funds of the REVACK HOLDINGS FOUNDATION accounts held in the CREDICORP BANK, were seized in the month of March 2019. This was procured by virtue of an International Assistance, which was executed and completed by the SECOND PROSECUTOR'S OFFICE SPECIALIZED AGAINST ORGANIZED CRIME of Panama. The purpose of the seizure was to place the funds at the orders of the prosecutors of the United States. These acts were executed during the week of March 25th to 29th, 2019. I requested the Panamanian prosecutors to provide copies of such request

Illegible Signature

REPUBLIC OF
PANAMA
SEAL
TWELFTH NOTARY
OF CIRCUIT

for legal assistance, and any other documents pertaining to the same, which was denied. Currently, the REVACK HOLDINGS FOUNDATION does not have any criminal, civil, or commercial process pending in the Republic of Panama.

(2) SEIZURE OF ELECTRONIC DATA AND COMMUNICATION FROM RAMSES OWENS' SAMSUNG S-8 MOBILE PHONE. On Tuesday May 7th, 2019, in the afternoon hours, I received a phone call from the SECOND PROSECUTOR'S OFFICE SPECIALIZED AGAINST ORGANIZED CRIME of Panama. During said phone call, I was told that my client, Attorney RAMSES OWENS should be present on Thursday May 9th, 2019, at 11:00 am, before the Forensic Information and Technology Section of the Attorney General Institute of Legal Medicine and Forensic Sciences of Panama, for the seizure of the electronic data and communication contained in his Samsung S-8 mobile phone. I was told to participate as defense counsel for said seizure. This search and seizure was not duly notified in writing, but it was verbally communicated by phone. During the phone call, I was informed that the reason for the search and seizure corresponded to an International Assistance request by the United States of America. I was also informed that Attorney RAMSES OWENS would receive a written copy of

Illegible Signature

the request during his appearance. It is important to note that this mobile device had been previously seized twice by the SECOND PROSECUTOR'S OFFICE SPECIALIZED AGAINST ORGANIZED CRIME. The first seizure took place on the month of May 2018, and the mobile device was given back on September 2018; under investigation recorded No. 06-16 (LAVAJATO). This mobile device was seized again for the second time on Thursday, December 6, 2018.

(3) On Thursday May 9th, 2019, Attorney Yarianis Millan, assisting Attorney Marcela Arauz and duly authorized, physically appeared along with Attorney RAMSES OWENS. Attorney RAMSES OWENS physically appeared to such procedure, as he feared to be arrested if he did not appear or complied with the request made by the Panamanian prosecutors. As soon as the procedure began, they copied all the data and communication of Attorney RAMSES OWENS personal cellular phone into an USB device in order to be couriered to the prosecutors in the United States. On the previously mentioned date, a request was made to the Panamanian Prosecutors to receive a copy of the order that authorized the seizure, the intrusion, and the transfer of Attorney Ramses Owens' personal data and communication to the prosecutors of the United States. However, the Panamanian prosecutors denied such copy of

Illegible Signature

the order. This refusal was expressed by Dr. Marcos Mosquera and Karen Jaen who work in the Panamanian Prosecutor's Office. It was also requested to put in writing in the Minutes of the Act of the Search, the illegality of such acts but this was also denied.

Given in Panama on the 24th day of May 2019,

Illegible Signature

MARCELA ARAUZ QUINTERO

(qualified criminal attorney at law and admitted to the Bar)

REPUBLIC OF PANAMA
SEAL
TWELFTH NOTARY OF CIRCUIT

The Undersigned, NORMA MARLENIS VELASCO C, Public Notary of the Twelfth Pubic Notary of the Circuit, with personal Identification No. 8-250-338.
CERTIFY:
That the signature (s) was (were) recognized as theirs by the signers, therefore, such signature is (are) authentic.
Panama _____ 29 MAY 2019 _____

| Illegible Signature | Illegible Signature |
| --- | --- |
| Witness | Witness |

Illegible Signature
NORMA MARLENIS VELASCO C.
Public Notary of Panama

APOSTILLE

Convention of La Haye of 5 October 1961

1. Country: PANAMA
   The following Public document
2. Was informed by <u>Norma Velasco</u>
3. Who acts as: <u>notary</u>
4. And holds the seal/ stamp of: <u>twelfth notary</u>
   CERTIFIED
5. IN PANAMA
6. On <u>29 MAY 2019</u>
7. By <u>ADMINISTRATIVE DIRECTORATE</u>
8. Under number <u>2019-14891</u>
9. Seal/ stamp_____ 10. Signature: <u>Illegible</u>



REPUBLIC OF PANAMA
SEAL
DEPARTMENT OF THE TREASURY
MINISTRY OF THE GOVERNMENT

This authorization does not imply responsibility for the content of the document.

DIRECTORATE OF FINANCES
Seal
MINISTRY OF THE GOVERNMENT

## TRANSLATOR'S STATEMENT

I, Valeria C. Urbina, being first duly sworn, on oath depose and say that I am thoroughly familiar with both English and Spanish; that I have prepared the English translation of the <u>Affidavit by Marcela Arauz Quintero</u> in Spanish, as set forth and as corresponds with the attached; and that to the best of my knowledge and belief the translation attached hereto is a true and accurate version of the aforesaid original.

_____
Valeria C. Urbina
259 W. Patrick St.
Frederick, MD 21701
Phone: 301-378-8595

STATE OF MARYLAND

COUNTY OF FREDERICK

Sworn and subscribed before me, this _May 29, 2019_.

_____
Notary Public

My commission expires: _05/12/2020_

ROBIN K VICK
Notary Public-Maryland
Frederick County
My Commission Expires
May 12, 2020

# AFFIDAVIT OF
# ATTORNEY MARCELA ARAUZ QUINTERO

# SPANISH VERSION



AFFIDAVIT

(DECLARACIÓN JURADA)

TEMA: FUNDACIÓN REVACK HOLDINGS - LOS ESTADOS UNIDOS DE AMÉRICA vs RAMSES OWENS a/k/a "RAMSES OWENS SAAD" Y OTROS.

La suscrita abogada, con idoneidad para ejercer No. 6519, en Derecho Procesal Penal en la República de Panamá desde el 25 de abril de 2002, hago las siguientes declaraciones:

(1) INCAUTACION DE LOS FONDOS DE LAS CUENTAS DE LA FUNDACIÓN REVACK HOLDINGS y sus subsidiarias, MANTENIDOS EN EL BANCO CREDICORP - PANAMÁ. La suscrita abogada ha sido informada y ha corroborado que todos los fondos depositados en las cuentas de la FUNDACIÓN REVACK HOLDINGS mantenidos en el BANCO CREDICORP fueron incautados en el mes de marzo de 2019. Esto se realizó en virtud de una Asistencia Internacional, que se ejecutó y completó por la FISCALÍA SEGUNDA ESPECIALIZADA CONTRA LA DELINCUENCIA ORGANIZADA de Panamá. El propósito de la incautación era colocar los fondos a las órdenes de los fiscales de los Estados Unidos. Estos actos fueron ejecutados durante la semana del 25 al 29 de marzo de 2019. Se hizo el requerimiento a los fiscales panameños de proporcionar copias



de dicha solicitud de Asistencia legal, y demás actos consecuentes de dicha Asistencia, lo cual fue denegado. Actualmente, no conocemos que REVACK HOLDINGS FOUNDATION tenga proceso penal, civil, o comercial abierto en la República de Panamá.

(2) INCAUTACION DE DATOS ELECTRÓNICOS Y DE COMUNICACIÓN DEL TELÉFONO CELULAR SAMSUNG S-8 DE RAMSÉS OWENS. El martes 7 de mayo de 2019, en horas de la tarde, recibí una llamada telefónica de la FISCALÍA SEGUNDA ESPECIALIZADA CONTRA LA DELINCUENCIA ORGANIZADA de Panamá. Durante dicha llamada telefónica, me dijeron que mi cliente, el abogado RAMSÉS OWENS, debería estar presente el jueves 9 de mayo de 2019, a las 11:00 am, ante la sección de Informática Forense del Instituto de Medicina Legal y Ciencias Forenses del Ministerio Público de Panamá, para la incautación de los datos electrónicos y de la comunicación contenidos en su teléfono celular Samsung S-8. Me dijeron que participara en calidad de defensa de dicha incautación. Esta búsqueda e incautación no se notificó debidamente por escrito, pero se comunicó verbalmente por teléfono. Durante la llamada telefónica, se me informó que el motivo de la búsqueda y la incautación correspondían a una solicitud de Asistencia internacional de los Estados Unidos de América. También me informaron que el abogado RAMSÉS OWENS recibiría una



copia por escrito de la solicitud durante su comparecencia. Es importante notar que este dispositivo móvil había sido incautado anteriormente en dos ocasiones por la FISCALÍA SEGUNDA ESPECIALIZADA CONTRA LA DELINCUENCIA ORGANIZADA. La primera incautación tuvo lugar el mes de mayo de 2018, y el teléfono celular fue devuelto en septiembre de 2018; bajo investigación identificada No. 06-16 (LAVAJATO). Este dispositivo móvil fue confiscado nuevamente por segunda vez, el jueves 6 de diciembre de 2018.

(3) El jueves 9 de mayo de 2019, la abogada Yarianis Millán, en asistencia de la licda. Marcela Araúz y debidamente autorizado para ello, asistío en dicho acto, junto con el abogado RAMSÉS OWENS. El abogado RAMSÉS OWENS se presentó físicamente a dicho procedimiento, ya que temía ser arrestado si no comparecía o no cumplía con la solicitud hecha por los fiscales panameños. Tan pronto como comenzó el procedimiento, copiaron todos los datos y la comunicación del teléfono celular personal del abogado RAMSÉS OWENS en un dispositivo USB para enviarlos a los fiscales de los Estados Unidos. En la fecha mencionada anteriormente, se realizó una solicitud a los fiscales panameños para recibir una copia de la orden que autorizó la incautación, la intrusión y la transferencia de los datos personales y la comunicación del abogado RAMSÉS OWENS a los fiscales de los Estados



Unidos. Sin embargo, los fiscales panameños negaron tal copia de la orden. Esta negativa fue expresada por el Dr. Marcos Mosquera y Karen Jaen, quienes trabajan en la Fiscalía Panameña. También se solicitó que se pusiera por escrito en el Acta de la Ley de Búsqueda, la ilegalidad de tales actos, pero esto también se negó.

Dado en Panamá, a los 24 días de mayo, 2019,

MARCELA ARAUZ QUINTERO
(Abogada titulada e idónea)

La suscrita, NORMA MARLENIS VELASCO C., Notaria Pública Duodécima del Circuito de Panamá, con Cédula de Identidad No. 8-250-338.
CERTIFICO:
Que la (s) firma (s) anterior (es) ha (n) sido reconocida (s) como suya (s) por los firmantes, por consiguiente, dicha (s) firma (s) es (son) auténtica (s).  29 MAY 2019
Panamá

Testigo

Licda. NORMA MARLENIS VELASCO C.
Notaria Pública Duodécima

APOSTILLE
Convention de La Haye du 5 octobre 1961
1. País: PANAMÁ
El presente documento Público
2. Ha sido firmado por: Carmen Blasco
3. quién actúa en calidad de: Notario
4. y está revestido del sello/timbre de: Notaria Decimo
   CERTIFICADO   29 MAY 2019
5. EN PANAMÁ          6. el_____
7. por DIRECCIÓN ADMINISTRATIVA
8. Bajo el numero: 2019-14881
9. Sello/timbre   10. Firma: _____



Esta Autorización no
implica responsabilidad
en cuanto al contenido
del documento

```
148      REPUBLICA de PANAMA
2122     * TIMBRE NACIONAL *
5329
         ≈010.00
28 05 19    P.B. 1074
```



REPUBLICA DE PANAMA
TRIBUNAL ELECTORAL

Marcela
Arauz Quintero

NOMBRE USUAL:
FECHA DE NACIMIENTO:
LUGAR DE NACIMIENTO: BUGABA, CHIRIQUI
SEXO: F          TIPO DE SANGRE:
EXPEDIDA: 9-DIC-2009    EXPIRA: 9-DIC-2019

Yo, NORMA MARLENIS VELASCO C., Notaria Pública Duodécima del Circuito de Panamá, con Cédula de Identidad No 8-250-330,

CERTIFICO:

Que he cotejado detenidamente y minuciosamente esta copia fotostática con su original y la he encontrado en todo conforme.

Panamá _____ 2 9 MAY 2019

Lcda. NORMA MARLENIS VELASCO C.
Notaria Pública Duodécima



**APOSTILLE**

Convention de La Haye du 5 octobre 1961

1. País: PANAMÁ

El presente documento Público

2. Ha sido firmado por: Norma Velasco
3. quién actúa en calidad de: Notario
4. y está revestido del sello/timbre de: Notaria duodécima

CERTIFICADO

5. EN PANAMÁ     6. el  2 9 MAY 2019
7. por DIRECCIÓN ADMINISTRATIVA
8. Bajo el numero: 0015-14889
9. Sello/timbre _____ 10. Firma: _____



Esta Autorización no implica responsabilidad en cuanto al contenido del documento





Yo, NORMA MARLENIS VELASCO C., Notaria Publica Duodécima del Circuito de Panamá, con Cédula de Identidad No. 8-250-338,

CERTIFICO:

Que he cotejado detenidamente y minuciosamente esta copia fotostática con su original y la he encontrado en todo conforme.

Panamá 29 MAY 2019

Licda. NORMA MARLENIS VELASCO C.
Notaría Pública Duodécima



## APOSTILLE

Convention de La Haye du 5 octobre 1961

1. País: PANAMÁ
El presente documento Público
2. Ha sido firmado por: Norma Velasco
3. quién actúa en calidad de: Notario
4. y está revestido del sello/timbre de: Notaria Duodecima

CERTIFICADO

5. EN PANAMÁ  6. el 29 MAY 2019
7. por DIRECCIÓN ADMINISTRATIVA
8. Bajo el numero: 2019-14890
9. Sello/timbre_____ 10. Firma: _____



Esta Autorización no implica responsabilidad en cuanto al contenido del documento

