# EXHIBIT B

Page 1

Hand written:
~~40576~~

**PUBLIC MINISTRY. SEVENTH ANTICORRUPTION PROSECUTOR'S OFFICE, OF THE NATIONAL ATTORNEY GENERAL'S OFFICE. PANAMA, FIFTEENTH (15) OF MAY OF TWO THOUSAND EIGHTEEN (2018).**

Hand written:
40594
Illegible
Initials

**PREVENTIVE MEASURE RESOLUTION NO. 34**

This office instructs the summary in investigative research for the alleged commission of a crime AGAINST THE ECONOMIC ORDER, identified with entry No. 103-16, such act reported by Attorney RAMON DIEZ BECCIU, acting on behalf of and representing MARELISSA QUINTERO DE STANZIOLA, as a SUPERINTENDENT OF THE STOCK MARKET OF PANAMA.

By Resolution No. 12 of 24th of April of 2018, this office arranged to press charges against Mrs.[1] RAMSES GENARO OWENS, male, Panamanian, adult with personal identification document No. 8-292-766, as an alleged offender of the legal provision contained in Title VII, Chapter II and IV of the Second Book of Penal Code, pertaining to the crime AGAINST THE ECONOMIC ORDER, specifically MONEY LAUNDERING.

[REDACTED TEXT]

1 Initials

Page 2

Hand written
~~40577~~

Hand written:
40595
Illegible
Initials

[REDACTED TEXT]

SEAL
Seventh
Anticorruption
Prosecutor's Office of
the National Attorney
General's Office.
Republic of Panama

<u>**Accreditation elements of the punishable acts and linkage**</u>

This office, through the resolution scheduled on the 24th of April of 2018, sustained the charges that were brought against the accused, in accordance with the provisions in article 2092 of the Judicial Code, motivating the facts attesting to the crime, as well as the linkage of the citizen RAMSES OWENS, to the same, constituting this the sustaining material of this criminal survey, [REDACTED TEXT]

[REDACTED TEXT]

2 Initials

Translator's note: [1] typo, in Spanish document refers to as Mrs. but it should be male.

Page 3

Hand written
~~40578~~

Hand written:
40596
Illegible
Initials

[REDACTED TEXT]

SEAL
Seventh
Anticorruption
Prosecutor's Office of
the National Attorney
General's Office.
Republic of Panama

Additionally, the Forensic Doctor certified that he to this date is convalescent, product of surgical attention that was underwent.

The prosecution highlighted that the Political Constitution of the Republic of Panama, establishes in its regulations, the respect for the guarantees and fundamental rights of the individuals, but at the same time, recognized that this is not an absolute right, leaving it to the authority, prior motivation and argumentation, the reason o motives that permit to ponder on these rights and guarantees.

3 Initials

Page 4

Hand written:
~~40579~~

Hand written:
40597
Illegible
Initials

We finally point out, that the preventive requirements, within an investigation may vary, tending to the development of the process, so to vary that scenario of precautionary demand, the judiciary situation of the accused can be revised.

Under these circumstances, the undersigned, for the Seventh Anticorruption Prosecutor's Office of the National Attorney General's Office, **DISPOSE**:

**FIRST**: To resolve against Mr. RAMSES GENARO OWENS SAAD, with personal identification document No. 8-292-766, personal precautionary measures, consistent in:

1. TO STAY AT HOME (house arrest)
2. The prohibition to GO BEYOND THE TERRITORIAL PREMISES WITHOUT PREVIOUS AUTHORIZATION.

SEAL
Seventh
Prosecutor's Office of
the National Attorney
General's Office

**SECOND**: Revolve around the corresponding functions, in order to give faithful completion of the said forth in the current resolution.

**LEGAL RIGHT FOUNDATION**: Article 11, 12,221, 222,224 and 227 of the Codes of Criminal Procedures.

**Notify and Comply**,


**The Seventh Anticorruption Prosecutor's Office,**

Illegible Signature

**LEYDA E. SAENZ DE PITTI**.


**The Judiciary Secretary,**

Illegible Signature

**NELVA DEL C. GONZALEZ**.


Hand delivery
File 103-16

SEAL
ANTICORRUPTION PROSECUTOR'S OFFICE OF THE
NATIONAL ATTORNEY GENERAL'S OFFICE.

IT IS A FAITHFUL COPY OF IT'S ORIGINAL
It is certified that this copy if a faithful copy of it's original.
Panama, 17 of May, of 2018

Illegible Signature
Secretary

---

SEAL
ANTICORRUPTION PROSECUTOR'S OFFICE OF THE
NATIONAL ATTORNEY GENERAL'S OFFICE.

In the city of Panama, being 3:23 in the afternoon, of the
fifteenth day of the month of May, of the year 2018 I NOTIFY
Ramses Owens, ID 8-292-766, of the prior Resolution.

Illegible Signature                    Illegible Signature
Notified                                       Secretary
Hand written: 8-292-766

---

SEAL
ANTICORRUPTION PROSECUTOR'S OFFICE OF THE
NATIONAL ATTORNEY GENERAL'S OFFICE.

In the city of Panama, being 3:23 in the afternoon, of the
fifteenth day of the month of May, of the year 2018 I NOTIFY
Marcela Arauz, ID 4-701-611, of the prior Resolution.

Illegible Signature                    Illegible Signature
Notified                                       Secretary

4

I, Claudia Wills, being first duly sworn, on oath depose and say that I am thoroughly familiar with both English and Spanish; that I have prepared the English translation of a **Legal Resolution for Ramses Owens,** in Spanish, as set forth and as corresponds with the attached; and that to the best of my knowledge and belief the translation attached hereto is a true and accurate version of the aforesaid original.

Claudia Wills
259 W. Patrick St.
Frederick, MD 21701
Ph: 301-378-8595

STATE OF MARYLAND

COUNTY OF FREDERICK

Sworn and subscribed before me, this 17th day of June of 2019.

Valeria C. Urbina

Notary Public

My commission expires: 08/09/2021

VALERIA CAMILA URBINA
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires August 9, 2021



40576
40594
916

**MINISTERIO PÚBLICO. FISCALÍA SÉPTIMA ANTICORRUPCIÓN, DE LA PROCURADURÍA GENERAL DE LA NACIÓN. PANAMÁ, QUINCE (15) DE MAYO DE DOS MIL DIECIOCHO (2018).**

**RESOLUCIÓN DE MEDIDA CAUTELAR N° 34**

Este despacho instruye el sumario en averiguación por la supuesta comisión de un delito CONTRA EL ORDEN ECONOMICO, identificado con la entrada N° 103-16, hecho denunciado por el licenciado RAMON DIEZ BECCIU, actuando en nombre y representación de MARELISSA QUINTERO DE STANZIOLA, en calidad de SUPERINTENDENTE DEL MERCADO DE VALORES DE PANAMÁ.

Mediante Providencia Indagatoria N° 12 de 24 de abril de 2018, este Despacho dispuso formular cargos en contra de la señora RAMSES GENARO OWENS, varón, panameño, mayor de edad con cédula de identidad personal N° 8-292-766, como presunto infractor de la disposición legal contenida en el Titulo VII, Capitulo II y IV del Libro Segundo del Código Penal, concerniente al delito CONTRA EL ORDEN ECONOMICO, específicamente BLANQUEO DE CAPITALES.

[redacted]

40577
40595
9C



**Elementos de acreditación de los hechos punibles y de la vinculación**

Este Despacho, a través de resolución calendada el 24 de abril de 2018, sustentó los cargos que se formulan al imputado, de conformidad a lo establecido en el artículo 2092 del Código Judicial, motivando los hechos acreditativos del delito, así como la vinculación del ciudadano  RAMSES OWENS, a los mismos, constituyendo éste el sustento material de la presente encuesta penal,



2

40578
40596
9/1



Adicionalmente el Médico Forense certificó que el mismo a la fecha se encuentra convaleciente, producto de una atención quirúrgica a la que se sometió.

La Fiscalía destaca que la Constitución Política de la República de Panamá, establece en su normativa, el respeto a las garantías y derechos fundamentales de los individuos, pero a la vez, reconoce que éste no es un derecho absoluto, dejando en manos de la autoridad, previa motivación y argumentación, las razones o motivos que permiten ponderar estos derechos y garantías.

Finalmente señalamos que las exigencias de cautela, dentro de una investigación pueden variar, atendiendo al desenvolvimiento del proceso, por lo que de variar ese escenario de exigencia cautelar, la situación jurídica del imputado puede ser revisada.

Así las cosas, quien suscribe, por la Fiscalía Séptima Anticorrupción, de la Procuraduría General de la Nación, **DISPONE:**

**PRIMERO:** Resolver en contra del señor RAMSES GENARO OWENS SAAD, con cédula de identidad personal N° 8-292-766, medida cautelar personal, consistente en:

1. MATENERSE EN SU DOMICILIO (casa por cárcel)
2. La prohibición de SALIR DEL AMBITO TERRITORIAL SIN AUTORIZACIÓN PREVIA.

**SEGUNDO:** Gírese los Oficios correspondientes, a fin de dar fiel cumplimiento a lo dispuesto en la presente resolución.

**FUNDAMENTO DE DERECHO:** Artículo 11, 12, 221, 222, 224 y 227 del Código de Procedimiento Penal.

**Notifíquese y Cúmplase,**

**La Fiscal Séptima Anticorrupción,**

**LEYDA E. SÁENZ DE PITTI.**

**La Secretaria Judicial,**

**NELVA DEL C. GONZÁLEZ.**

LESP
Exp. 103-16

FISCALIAS ANTICORRUPCIÓN DE LA PROCURADURÍA GENERAL DE LA NACIÓN
ES FIEL COPIA DE SU ORIGINAL
Se certifica que esta copia es fiel copia de su original.
Panamá, 17 de Mayo de 20 18

4