# EXHIBIT D



**REPUBLIC OF PANAMA**
**JUDICIAL BODY**
**GENERAL SECRETARIAT**
**OF THE SUPREME COURT OF JUSTICE**

SEAL
REPUBLIC OF PANAMA
GENERAL SECRETARIAT
SUPREME COURT OF JUSTICE

Proceeding SGP-68-19
Panama, January 11, 2019.

Commissioner
**Javier Carrillo Silvestri**
General Director of National Immigration Services
Panama City
Hand Delivery

Republic of Panama
Ministry of Public Security
National Immigration Services
Department of Registration of Impediments
11 JAN 2019
Received by <u>Illegible</u> Time: <u>3:05</u>

Mister Director:

I inform you that the Supreme Court of Justice En Banc, through the Decision dated January 10, 2019, declares lawful the order of Preventative Detention dictated by the Second Prosecutor against Organized Crime, through the Decision No. 2 of December 7, 2018, against Mr. **RAMSES GENARO OWENS SAAD**, for the alleged commission of crime against the economic order in the form of money laundering, and REPLACES it for the precautionary measures contained in sections a), b) and c) of Article 2127 of the Judicial Code, consisting of: 1. The prohibition of the imputed to abandon the territory of the Republic without Judicial authorization, 2. The obligation to appear before the competent authority on the days Monday and Friday of every week, and 3. The obligation to live in the residence provided by the plaintiff, that is, "Samuel Lewis Avenue and Street 56 Obarrio, Building PDC, 13th Floor, Republic of Panama, having the obligation to previously notify the competent authority in the event that he intends to change his address. Also, Mr. OWENS SAAD must surrender his passport to the competent authority.

It is noted that in the event of the failure to comply with the substitute precautionary measures, these will be revoked, and preventive detention must be applied instead.

In attention to the aforementioned, you are requested to **PREVENT THE DEPARTURE OUT OF THE COUNTRY**, of the beforementioned Ramses Owens Saad, with identification No. ▮▮, and the pertinent proceedings to be carried out.

Sincerely,

/Illegible Signature/
**JERONIMO MEJIA E.**
Magistrate

SEAL
REPUBLIC OF PANAMA
GENERAL SECRETARIAT
SUPREME COURT OF JUSTICE

File No. 1334-18

THE PREVIOUS IS AFAITHFUL COPY
OF ITS ORIGINAL
Pamana, February 15 of 2019
/Illegible Signature/
General Secretariat of the
Supreme Court of Justice

## Certificate of Translation

I, Valeria C. Urbina, being first duly sworn, on oath depose and say that I am thoroughly familiar with both English and Spanish; that I am a qualified and experienced translator from each of the said languages into the other; that I have prepared the English translation from the attached document, **Letter from the Magistrate of the Supreme Court of Justice to the General Director of the National Immigration Services**, written in Spanish, as set forth and as corresponds with the attached; and that to the best of my knowledge and belief the translation attached hereto is a true and accurate version of the aforesaid document.

*[signature]*

Valeria C. Urbina
259 West Patrick Street
Frederick, MD 21701
301-378-8595

STATE OF MARYLAND

COUNTY OF FREDERICK

    Sworn and subscribed before me, this the 13th day of June 2019.

*[signature]*

Notary Public

My commission expires: 05/12/2020

ROBIN K VICK
Notary Public-Maryland
Frederick County
My Commission Expires
May 12, 2020



## ÓRGANO JUDICIAL

SECRETARIA GENERAL
DE LA CORTE SUPREMA DE JUSTICIA

Oficio SGP-68-19.
Panamá, 11 de enero de 2019.

República de Panamá
Ministerio de Seguridad Pública
Servicio Nacional de Migración
Departamento de Registro de Impedimentos

11 ENE 2019

Recibido por: [signature]   Hora: 3:05

Comisionado
**Javier Carrillo Silvestri**
Director General del Servicio Nacional de Migración
Ciudad de Panamá
E.   S.   D.

Señor Director:

Le informo a usted, que el Pleno de la Corte Suprema de Justicia, mediante Resolución de fecha 10 de enero de 2019, Declara Legal la orden Detención Preventiva dictada por el Fiscal Segundo contra la Delincuencia Organizada, mediante Resolución N° 2 de 7 de diciembre de 2018, contra el señor **RAMSES GENARO OWENS SAAD**, por la presunta comisión de delito contra el orden económico en la modalidad de blanqueo de capitales y la **REEMPLAZA** por las medidas cautelares contenidas en los literales a), b) y c) del artículo 2127 del Código Judicial, consistentes: 1. la prohibición del imputado de abandonar el territorio de la República sin autorización Judicial, 2. el deber de presentarse ante la autoridad competente los días lunes y viernes de cada semana, y 3. la obligación de residir en el domicilio proporcionado por la accionante, esto es, "Avenida Samuel Lewis y Calle 56 Obarrio, Edificio PDC, Piso 13, República de Panamá, teniendo el deber de notificar previamente a la autoridad competente en el evento que pretenda cambiar de domicilio. Además, el señor OWENS SAAD deberá hacer entrega de su pasaporte a la autoridad competente.

Se advierte que ante el imcumplimiento de las medidas cautelares sustitutivas, éstas serán revocadas y en su lugar deberá aplicarse la detención preventiva.

En atención a lo anterior, se le solicita **IMPEDIR LA SALIDA DEL PAÍS**, a el prenombrado Ramses Owens Saad, con número de cédula de identidad personal No. [redacted] y se realicen las diligencias pertinentes.

Atentamente,

**JERÓNIMO MEJÍA E.**
Magistrado

Exp. 1334-18
/dc

LO ANTERIOR ES FIEL COPIA DE SU ORIGINAL
Panamá 15 de junio de 20 19
[signature]
Secretaria General de la
CORTE SUPREMA DE JUSTICIA