# EXHIBIT F



**REPUBLIC OF PANAMA**
JUDICIAL
BODY
GENERAL SECRETARIAT OF THE SUPREME COURT OF JUSTICE – EN BANC

Proceeding SGP-230-2019
Panama, February 13, 2019.

Counsel
**RICAURTE GONZALEZ TORRES**
Second Prosecutor's Office Specialized Against
Organized Crime
Hand Delivery

SEAL
REPUBLIC OF PANAMA

Mister Prosecutor,

For your knowledge, I remit an authenticated copy of the Decision dated January 10th of 2019, dictated by the Supreme Court of Justice En Banc, that decided the ACTION OF HABEAS CORPUS, presented by the Counsel Marcela Arauz Quintero on behalf of **RAMSES GENARO OWENS SAAD** against the SECOND PROSECUTOR'S OFFICE AGAINST ORGANIZED CRIME (*in the operation known as Panama Papers*).

Attached are the orders of appearance for Mr. Ramses Owens on Mondays and Fridays of every week and as precedent a USB.

Sincerely,

/Illegible Signature/
**YANIXSA Y. YUEN C., ESQ.**
General Secretary



SEAL
REPUBLIC OF PANAMA
GENERAL SECRETARIAT
SUPREME COURT OF JUSTICE

File No. 1334-18
//dhd

THE PREVIOUS IS A FAITHFUL COPY
OF ITS ORIGINAL
Pamana, February 15 of 2019
/Illegible Signature/
General Secretariat of the
SUPREME COURT OF JUSTICE

*Certificate of Translation*

I, Valeria C. Urbina, being first duly sworn, on oath depose and say that I am thoroughly familiar with both English and Spanish; that I am a qualified and experienced translator from each of the said languages into the other; that I have prepared the English translation from the attached document, **Letter from the General Secretary of the Supreme Court of Justice to the Second Special Prosecutor**, written in Spanish, as set forth and as corresponds with the attached; and that to the best of my knowledge and belief the translation attached hereto is a true and accurate version of the aforesaid document.

_____
Valeria C. Urbina
259 West Patrick Street
Frederick, MD 21701
301-378-8595


STATE OF MARYLAND

COUNTY OF FREDERICK

    Sworn and subscribed before me, this the 13th day of June 2019.


_____
Notary Public

My commission expires: ___05/12/2020___

ROBIN K VICK
Notary Public-Maryland
Frederick County
My Commission Expires
May 12, 2020



**ÓRGANO JUDICIAL**

SECRETARÍA GENERAL DE LA CORTE SUPREMA DE JUSTICIA - PLENO

Oficio SGP-230-2019
Panamá, 13 de febrero de 2019.

Licenciado
**RICAURTE GONZÁLEZ TORRES**
Fiscalía Segunda Especializada Contra
La Delincuencia Organizada
E.   S.   D.

Señor Fiscal:

Para su conocimiento, remito copia autenticada de la Resolución fechada 10 de enero de 2019, dictada por el Pleno de la Corte Suprema de Justicia, que resuelve la ACCIÓN DE HÁBEAS CORPUS, presentada por la licenciada Marcela Araúz Quintero a favor de **RAMSES GENARO OWENS SAAD** contra la FISCALÍA SEGUNDA CONTRA EL CRIMEN ORGANIZADO (*dentro de la operación conocida como Panamá Papers*).

Se adjunta las actas de comparecencia del señor Ramses Owens los días lunes y viernes de cada semana y como antecedente un USB.

Atentamente,

**LICDA. YANIXSA Y. YUEN C.**
Secretaria General

Exp. No.1334-18
//dhd

LO ANTERIOR ES FIEL COPIA DE SU ORIGINAL
Panamá 15 de febrero de 2019

Secretaría General de la
CORTE SUPREMA DE JUSTICIA