# EXHIBIT G

Thursday June 13, 2019

# The Press / Judicial

HE HAD NOT POSTED BAIL

# Attorney Ramses Owens Is Arrested for Case Mossack Fonseca–Lava Jato

Editorial Staff for The Press December 7, 2018 – 07:38h

TOPICS: Ramses Owens  Mossack Fonseca  Lava Jato



Ramses Owens.

Attorney Ramses Owens was arrested on the night of Thursday, December 6, as part of the investigation that seeks to establish the possible links of the extinct firm Mossack Fonseca (MF) and the handling of illicit money from Brazil, a case known as Lava Jato.

The Public Ministry's Office informed that the attorney was arrested Thursday night, when he was entering his residence in the Costa Serena urbanization, in Costa del Este.

Owens, who for years was a lawyer for MF, is being investigated for his alleged links to the corporate structure used to commit these crimes. The cause is for the alleged carrying out of the crime of **money laundering**.

For this case, Owens was already investigated and favored with bail for release. However, he never posted bail, which is why the Second Prosecutor's Office against Organized Crime now ordered his **provisional detention**.

In the Mossack Fonseca-Lava Jato plot, are originally investigated Jurgen Mossack and Ramon Fonseca Mora, founders of that law firm; as well as Edison Teano and Maria Mercedes Riano, who was in charge of the firm in Brazil. All of them are prohibited from leaving the country, after being benefited with bail for release.

Owens also had a bail of $200 thousand for another investigation related to the management of the Jal Offshore account, through the extinct stock house **Financial Pacific**.

This week, the Department of Justice of the United States announced that Owens and three others are indicted in a court in Manhattan for tax and electronic fraud, money laundering, conspiracy and other crimes related to the role he played in a "criminal scheme", perpetrated for decades in Mossack Fonseca.

Due to these facts, Owens faces a sentence of up to 70 years in prison.

**+ info**

-United States files charges against lawyer who worked at Mossack Fonseca

Advertisement

**MORE JUDICIAL NEWS**

| Video | Video | Video | Video |
|---|---|---|---|
| Protected witness explains how information was obtained saved on compact disc | Carrillo assures that Martinelli will leave El Renacer on June 11 | Paid leave for Ayu Prado, to study for two weeks in Salamanca | Relatives of victims of the military dictatorship and of the Panamanian State sign settlement |

I, Valeria C. Urbina, being first duly sworn, on oath depose and say that I am thoroughly familiar with both English and Spanish; that I have prepared the English translation of **the news article: Attorney Ramses Owens is Arrested for Case Mossack Fonseca–Lava Jato,** in Spanish, as set forth and as corresponds with the attached; and that to the best of my knowledge and belief the translation attached hereto is a true and accurate version of the aforesaid original.

_____
Valeria C. Urbina
259 W. Patrick St.
Frederick, MD 21701
Ph: 301-378-8595

STATE OF MARYLAND

COUNTY OF FREDERICK

Sworn and subscribed before me, this __13th__ day of __June__ of 2019.

_____
Notary Public

My commission expires: __05/12/2020__

ROBIN K VICK
Notary Public-Maryland
Frederick County
My Commission Expires
May 12, 2020

Jueves, 13 de junio de 2019.

**La Prensa** / Judiciales

NO HABÍA CONSIGNADO LA FIANZA

# Abogado Ramsés Owens es detenido por caso Mossack Fonseca-Lava Jato

Redacción de La Prensa 07 dic 2018 - 07:38h

TEMAS: Ramsés Owens   Mossack Fonseca   Lava Jato



Ramsés Owens.

El abogado Ramsés Owens fue detenido la noche de este jueves 6 de diciembre, como parte de la investigación que busca establecer los posibles nexos de la extinta firma Mossack Fonseca (MF) y el manejo de dinero de procedencia ilícita de Brasil, caso conocido como Lava Jato.

El Ministerio Público informó que el abogado fue detenido la noche del jueves, en momento en que ingresaba a su residencia en la urbanización Costa Serena, en Costa del Este.

A Owens, que por años fue abogado de MF, se le investiga por su presunta vinculación con la estructura societaria utilizada para cometer estos ilícitos. La causa es por la supuesta comisión del delito de **blanqueo de capitales.**

+ info

Estados Unidos presenta cargos contra abogado que trabajó en Mossack Fonseca

Por este caso, Owens ya fue indagado y favorecido con una fianza de excarcelación. No obstante, nunca consignó la fianza, razón por la que la Fiscalía Segunda contra la Delincuencia Organizada ahora ordenó su **detención provisional.**

En la trama Mossack Fonseca-Lava Jato se investiga originalmente a Jürgen Mossack y a Ramón Fonseca Mora, fundadores de esa firma de abogados; así como a Edison Teano y María Mercedes Riaño, quien era la encargada de la firma en Brasil. Todos ellos tiene impedimento de salida del país, tras ser beneficiados con fianzas de excarcelación.

Owens también tenía fianza de $200 mil por otra investigación, relacionada con el manejo de la cuenta Jal Offshore, a través de la extinta casa de valores

**Financial Pacific.**

Esta semana, el Departamento de Justicia de Estados Unidos anunció que Owens y tres personas más son acusados en una corte en Manhattan por fraude fiscal y electrónico, lavado de dinero, conspiración y otros delitos relacionados con el rol que desempeñaba en un "esquema criminal", por décadas perpetrado en Mossack Fonseca.

Por estos hechos, Owens enfrenta una condena de hasta 70 años de prisión.

 

Wellness fest — Consigue el balance que buscas y comienza a vivir la vida que deseas. Más información aquí. Club La Prensa

**OTRAS NOTICIAS DE JUDICIALES**

   

Testigo protegido explica cómo se obtuvo información guardada en disco compacto

Carrillo asegura que Martinelli saldrá el 11 de junio de El Renacer

Licencia con sueldo para Ayú Prado, para que estudie por dos semanas en Salamanca

Familiares de víctimas de la dictadura militar y Estado panameño firman acuerdo de reparación






(/)



 (https://www.facebook.com/Panama-Today-News-566318103544063/)

 (https://twitter.com/panamatodaynews)

 (https://www.instagram.com/panamatodaynews/)

 (https://www.youtube.com/channel/UCuqbI9tos3wDLpjn9MbCZQw)

Search ...

🔍

**LAST MINUTE**

The elected president of Panama, Laurentino Cortizo, said that "the country needs peace" (/panama/elected-president-panama-laurentino-cortizo-said-country-needs-peace-9411)



Spanish Version

# Banned from leaving the country Panamanian lawyer investigated for Panama Papers

Editor (/taxonomy/term/8)  |  Sat, 01/12/2019 - 12:09

 :

 (https://www.facebook.com/sharer/sharer.php?
 (/)
u=https://www.panamatoday.com/panama/banned-leaving-country-panamanian-lawyer-
investigated-panama-papers-8930)
 (https://twitter.com/intent/tweet?
original_referer=https://www.panamatoday.com/panama/banned-leaving-country-panamanian-
lawyer-investigated-panama-papers-8930
&show_p=tweetbutton&url=https://www.panamatoday.com/panama/banned-leaving-country-
panamanian-lawyer-investigated-panama-papers-8930&via=panamatodaynews&text=Banned
from leaving the country Panamanian lawyer investigated for Panama Papers)
 (mailto:?subject=Banned from leaving the country Panamanian lawyer investigated for
Panama Papers&body=Banned from leaving the country Panamanian lawyer investigated for
Panama Papers https://www.panamatoday.com/panama/banned-leaving-country-panamanian-
lawyer-investigated-panama-papers-8930)



wikipedia.org

The Panamanian lawyer Ramses Owen, to whom the US Department of Justice made charges within the investigation of the Panama Papers, was benefited by the justice of his country with the change of his provisional detention for the prohibition of leaving the country, said this Friday an official source.

The change comes despite the plenary session of the Supreme Court of Justice of Panama (SCJ), in ruling on a Habeas Corpus filed in Owens' favor, declared the personal precautionary measure of provisional detention decreed against the lawyer, said in a statement the Judicial Branch (JB).

Against Owens the Panamanian justice follows a process "as an alleged offender of crimes against the economic order, specifically money laundering, known as the 'Panama Papers' case".

Owens was apprehended on December 6 in the sector of Costa del Este, an exclusive neighborhood of the Panamanian capital, "in moments he was entering his residential", said on that occasion to Acan-Efe an official source.

The US Department of Justice announced on December 4 charges against 4 people related to the investigation of the Panama Papers, in what are the first prosecutions of people involved in this investigation linked to international money laundering.

Ramses Owens, Dirk Brauer, Richard Gaffey and Harald von der Goltz were indicted, in the Southern District Court of New York, of electronic fraud, tax fraud, money laundering and other crimes related to their roles in a criminal scheme allegedly perpetrated by the Panamanian law firm Mossack Fonseca.

In the ruling issued this Thursday in Panama, the plenary of the SCJ imposes on Owens the prohibition to leave the territory of the Republic without judicial authorization.

Also the duty to appear on Monday and Friday of each week before the authority that aired the case, and the obligation to reside at the address indicated as his domicile in Panama City, having to notify the respective authority in advance of any change of address.

When substantiating its decision, the plenary concluded that "it is certain that, when exceptional scenarios occur, it is permissible to have the application of the most serious of the precautionary measures, but in this particular case this is not observed".

Explains in that sense that the researched "is a Panamanian citizen, maintains domicile in national territory and the times that has been required by the investigating agent to carry out investigative proceedings, he has appeared".

Likewise, the SC ordered the corresponding authority to "ensure the effectiveness of this measure and issue the orders that prevent the use of the passport or other identification document necessary to travel" to Owens.

The Court also instructed to officiate the National Migration Service, so that the necessary measures are taken "for the purpose of prohibiting his departure from the country."

Last May, Owens was granted bail of US$ 200,000 that he never proceeded to consign, for which he was arrested, according to local press reports that were confirmed to Acan-Efe by the source.

In April 2016, hundreds of media outlets had access to the database of Mossack Fonseca and revealed that personalities from all over the world hired its services to create offshore companies and presumably evade taxes.

The Panama Papers were the culmination of a year-long investigation by the International Consortium of Investigative Journalists and the German newspaper Suddeutsche Zeitung.

Source-EFE

:
 (https://www.facebook.com/sharer/sharer.php?u=https://www.panamatoday.com/panama/banned-leaving-country-panamanian-lawyer-investigated-panama-papers-8930)
 (https://twitter.com/intent/tweet?original_referer=https://www.panamatoday.com/panama/banned-leaving-country-panamanian-lawyer-investigated-panama-papers-8930&tw_p=tweetbutton&url=https://www.panamatoday.com/panama/banned-leaving-country-panamanian-lawyer-investigated-panama-papers-8930&via=panamatodaynews&text=Banned from leaving the country Panamanian lawyer investigated for Panama Papers)
 (mailto:?subject=Banned from leaving the country Panamanian lawyer investigated for Panama Papers&body=Banned from leaving the country Panamanian lawyer investigated for Panama Papers https://www.panamatoday.com/panama/banned-leaving-country-panamanian-lawyer-investigated-panama-papers-8930)

 _(/)_

🏷 Tags: Hot News (/hot-news) panama (/tag/panama) Panama papers (/tag/panama-papers) Ramses Owen (/tag/ramses-owen) Mossack Fonseca (/tag/mossack-fonseca)