UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,             :       18 Cr 693 (RMB)
                                         :
      - against -                       :       **ORDER**
                                         :
OWENS et al.,                            :
                    Defendant(s).           :
------------------------------------------------------------------x

The Court will hold oral argument (15 minutes per side) on the outstanding motions on Monday, September 16, 2019 at 9:30 am.

Dated: New York, New York
         August 28, 2019

_____
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19