**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/19

WRITER'S DIRECT DIAL NO.
(202) 538-8120

WRITER'S EMAIL ADDRESS
williamburck@quinnemanuel.com

August 29, 2019

**VIA ECF AND HAND DELIVERY**

Hon. Richard J. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Owens, et al., 18 Cr. 693 (RMB)

Dear Judge Berman,

We represent Defendant Harald Joachim von der Goltz. On August 28, 2019, the Court ordered a hearing on outstanding motions for Monday, September 16, at 9:30 a.m. (Dkt. No. 117). I have a long-standing personal commitment that day outside of New York and respectfully request a brief adjournment of the hearing so that I may honor that commitment. We have conferred with counsel for Defendant Richard Gaffey, who would be available for oral argument on September 19, 20, 25, or 27, and with counsel for the government, who would be available on the afternoon of September 20. I am available any of those days and, accordingly, respectfully request that the Court reschedule oral argument to the afternoon of September 20, 2019, or another date convenient for the Court.

Respectfully submitted,

/s/ William Burck
William Burck

Adj. to 9/19/19 @ 12:30. If Owens' counsel is seeking to obtain permission for client to appear in NYC, they should meet + confer with Gov't ASAP + seek to arrange prior to 9/19.

SO ORDERED:
Date: 9/3/19
Richard M. Berman, U.S.D.J.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART