**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**
*p. 2*

August 30, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   9/3/19
```

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ramses Owens, et al.*, 18 Cr. 693 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter, with the consent of counsel for Ramses Owens, to respectfully request an extension to file its reply in support of the Government's Motion for Application of the Crime-Fraud Exception and Waiver of the Attorney-Client Privilege (Dkt. No. 110) (Aug. 14, 2019). On August 28, 2019, defendant Ramses Owens filed an opposition to the Government's motion. (Dkt. No. 118). No other party has filed an opposition to the Government's motion. The Government requests an extension until September 10, 2019 to respond.

The Government requests this brief extension to file its opposition because multiple members of the prosecution team are traveling this week. The Government has conferred with counsel for Ramses Owens, who consents to this request.

Case 1:18-cr-00693-RMB   Document 120   Filed 08/30/19   Page 2 of 2

August 30, 2019
Page 2

A proposed endorsement for the Court's consideration is below.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/ Thane Rehn
    Eun Young Choi
    Thane Rehn
    Assistant United States Attorneys
    (212) 637-2187/2354

cc:    Defense Counsel (by ECF)

**ENDORSEMENT:**

On consent of the Defendants, the Government's request for an extension to extension to file its reply in support of the Government's Motion for Application of the Crime-Fraud Exception and Waiver of the Attorney-Client Privilege (Dkt. No. 110) to September 10, 2019 is hereby GRANTED.

SO ORDERED.

Date:    ~~August~~ Sept. 3, 2019
         New York, New York

HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE