**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Government,

- against -

OWENS et al.,

Defendant(s).

18 Cr 693 (RMB)

**ORDER**

The Court is rescheduling the oral argument (15 minutes per side) on the outstanding motions from Thursday, September 19, 2019 at 12:30 pm to Tuesday, October 29, 2019 at 10:00 am.

Dated: New York, New York
September 5, 2019

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/19