UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :        18 Cr 693 (RMB)
                                             :
        - against -                          :        **ORDER**
                                             :
OWENS et al.,                                :
                          Defendant(s).      :
------------------------------------------------------------------x

      The oral argument in this matter is rescheduled from 10:00 am on October 29, 2019 to 9:00 am on October 29, 2019.

Dated: New York, New York
       September 18, 2019

*RMB*
_____
**RICHARD M. BERMAN**
U.S.D.J.

SDNY
MENT
TRONICALLY FILED
#:
FILED: 9/18/19