**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

UNITED STATES OF AMERICA,                   :

                  Government,        :

       - against -                             :

OWENS et al.,                                        :

             Defendant(s).   :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/19

18 Cr 693 (RMB)

**ORDER**

The conference is rescheduled from 11:00 am on October 16, 2019 to 9:00 am

October 29, 2019 in light of the previously scheduled oral argument on October 29, 2019.


Dated: New York, New York
      October 15, 2019

                                    _____
                                   **RICHARD M. BERMAN**
                                    **U.S.D.J.**