IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)     18 CR 693(RMB)<br>)<br>RAMSES OWENS, DIRK BRAUER, )<br>RICHARD GAFFEY, HARALD )<br>JOACHIM VON DER GOLTZ, )<br>)<br>Defendants. )<br>) | |

### DEFENDANT RAMSES OWENS' STATUS REPORT

Pursuant to the Court's September 3, 2019 Order (Document 121), the Defendant, Attorney Ramses Owens, through his undersigned counsel, provides the following status report regarding Attorney Ramses Owens' petition filed with the Eighteenth Penal Court of the First Judicial Circuit of the Republic of Panama for permission to travel to New York to be present before this Court at the hearing scheduled for October 29, 2019:

1) On or about May 21, 2018, the Second Prosecutor's Office Against Organized Crime of the Republic of Panama filed criminal charges against Attorney Ramses Owens and others for the alleged commission of an offense against the Economic Order in the form of Money Laundering (Registration 06-16 (LAVA JATO)).

1

2) On or about December 6, 2018, the Second Specialized Prosecutor's Office Against Organized Crime filed charges against Attorney Ramses Owens and twenty-six (26) individuals for the alleged commission of offenses against the Economic Order in the form of Money Laundering, as it pertains to the company, SIEMENS. (Registration 02-16).

3) The Panamanian authorities pursuant to Article 2127 of the Judicial Code of the Republic of Panama, have imposed the following precautionary measures against Attorney Ramses Owens to ensure his presence at future hearings: (a) prohibited to leave the territory of the Republic of Panama, (b) the legal obligation to present himself before the Public Ministry of the Republic of Panama three times a week and (c) to reside in a specific location within the Republic of Panama.

4) On or about, September 25, 2019, the Defendant petitioned the Eighteenth Penal Court of the First Judicial Circuit of the Republic of Panama for permission to travel to New York to appear before this Court at the hearing scheduled for October 29, 2019.

5) On October 11, 2019, the Prosecutor Isis Del Carmen Soto of the Second Specialized Prosecutor's Office Against Organized Crime filed an opposition to Attorney Ramses Owens' petition for permission to travel to New York to appear before this Court on October 29, 2019 in each of the criminal cases against Attorney Ramses Owens. Both of the oppositions filed with the Eighteenth Penal Court of the First Judicial Circuit of the Republic of Panama are translated to the English language and attached hereto as exhibits.

6) As of this date, the Eighteenth Penal Court of the First Judicial Circuit of the Republic of Panama has not rendered a decision on the petition filed by Attorney Ramses Owens to have permission to travel to New York to appear before this Court on October 29, 2019.

Dated: October 22, 2019               Respectfully submitted,

                                      /s/ Charlie Carrillo
                                      Charlie Ezra Carrillo
                                      Counsel for Defendant –Ramses Owens
                                      259 West Patrick Street
                                      Frederick, Maryland 21701
                                      Phone: (301) 378-8595
                                      Fax: (301) 576-4453
                                      E-mail: charlie@carrillobrux.com

## CERTIFICATE OF FILING AND SERVICE

I, Charlie Carrillo, hereby certify that on October 22, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all the registered CM/ECF users.

<u>/s/ Charlie E. Carrillo</u>

Charlie Ezra Carrillo
Counsel for Defendant – Ramses Owens
259 West Patrick Street
Frederick, Maryland 21701
Phone: (301) 378-8595
Fax: (301) 576-4453
E-mail: charlie@carrillobrux.com