# REQUEST TO AUTHORIZE THE COLLECTION OF DATA FROM MOBILE DEVICE

**TRANSLATION**

[Logos]
REPUBLIC OF PANAMA
PUBLIC MINISTRY
SECOND SPECIALIZED SUPERIOR PROSECUTOR'S OFFICE
AGAINST ORGANIZED CRIME

Panama, May 6th, 2019.
INTERNATIONAL JUDICIAL ASSISTANCE

AUTHORIZATION REQUEST FOR THE
SEIZURE OF CORRESPONDENCE

HONORABLE MR. SUPERVISORY JUDGE OF THE FIRST JUDICIAL CIRCUIT OF PANAMA

The subscriber, MARCOS T. MOSQUERA DE LA G., as Deputy Prosecutor of the Second Specialized Superior Prosecutor's Office Against Organized Crime, with offices at Avesa Building, 1st floor, Telephone No. 505-3266, I am writing to you in order to request an Authorization for the completion of correspondence seizure proceedings, as provided in Article 310 of the Criminal Procedure Code, which is contained the SAMSUNG mobile phone device, model SM-G950FD, IMEI No. 359623087229361 and 359624087229369, which was seized through Resolution dated December 7th, 2019 by this Instruction Office, belonging to RAMSES GENARO OWENS SAAD, charged by cause numbered 06-16, for a crime against the Economic Order, in the form of Money Laundering.

I- BACKGROUND INFORMATION

Through Resolution NO. 126-19 dated April 8th, 2019, the Office of the Attorney General, commissioned this Instruction Office, the processing of the International Judicial Assistance released by the United States Attorney's Office, Southern District of New York, within the investigations followed to HARLD JOACHIM VON DER GOLTZ, alias H.J. von der Goltz, alias "Johan von der Goltz ("VON DER GOLTZ"); RICHARD GAFFEY, alias "Dick gaffet" (GAFFEY"), DIRK BRAUER ("BRAUER") and Ramses Owens, alias "Ramses Owens Saad" (Owens"), for the alleged commission of fraud crimes of electronic funds transfer, money laundering, tax evasion and other illegal activities, as pronounced by the Execution of Treaties on Mutual Legal Assistance and International Cooperation Offices of the Ministry of Government, in its capacity of central authority of the Republic of Panama.

In the Judicial Assistance, the Authorities of the United States of America, request among other points the following:

*[Signature]*
Mgtra. Irene E. González R.
Traductora Idónea
Inglés Español
Español Inglés
Reg. 774 19 de Noviembre de 2007

1

"*Please make that the appropriate law enforcement officers provide full copies of all the investigation files related to Panamanian criminal investigations about OWENS, BRAUER, Teano, Mossack and/or Fonseca, identified with the Case Numbers 06-2016 and 02-16. The files must include the following information related to the aforementioned cases:*

1. ...
2. ...
3. ...
4. ...
5. ...
6. ...
7. ...
8. *Original or duplicate mobile phones of OWENS, BRAUER, Teano, Mossack, and/or Fonseca;* and
9. ...

It should be noted that the Execution of Treaties on Mutual Legal Assistance and International Cooperation Offices, noted that the International Judicial Assistance complies with the formality and legality requirements of the Treaty between the Republic of Panama and the United States of America on Mutual Assistance in Criminal Matters", ratified in Panama by Law No. 20 dated July 22nd, 1991, specifically in Articles 4.2, 5 and 8.2; so that such Directorate in its capacity of Central Authority, was served to the assistance request in question and was sent to the competent authority for due process.

On the other hand, the investigation numbered 06-16 which refers to the International Requirement, charges were made to RAMSES GENARO OWENS SAAD, for a crime against the Economic Order, in the form of Money Laundering. It is important to state that the seizure of the SAMSUNG mobile phone device, model SM-G950FD, IMEI No. 359623087229361 and 359624087229369 was made at the time OWENS SAAD was conducted.

II- CONCRETE IDENTIFICATION OF CORRESPONDENCE TO BE SEIZED AND SEIZURE PURPOSE

Authorization is requested for the seizure of the correspondence contained in the SAMSUNG mobile phone device, model SM-G950FD, IMEI No. 359623087229361 and 359624087229369, belonging to RAMSES OWENS SAAD, which is available to the Ministry of Economy and Finance.

The foregoing is for the purpose of seizing correspondence, data and electronic information, emails, WhatsApp messages, telephone directory; as well as records or files, text messages, images, videos, incoming and outgoing calls that are found stored on the mobile phones described above, by international request, for which this instructional agency takes in consideration of the requirement established in article 310 of the Criminal Procedure Code

2

*Mgtra. Irene E. González R.*
Traductora Idónea
Inglés Español
Español Inglés
Reg. 774 19 de Noviembre de 2007

and the Constitutional guarantee provided in article 29 of the National Constitution, on the inviolability of private communications, in strict proportion to the fundamental guarantees of the persons linked to the matter investigated.

The foregoing, in the provision terms cited that read as follows:

Article 310. Seizure of Correspondence. For seizing epistolary, telegraphic or other private correspondence documents, a prior judicial authorization will be required. In the cases provided in article 298 where it is necessary to seize correspondence, the diligence will be submitted to the subsequent control of the Supervisory Judge.

Article 314. Seizure of data. When computer equipment or data stored in any other support are seized, the same limitations regarding professional secrecy and confidentiality about the content will govern about the content of the seized documents.
The examination of the data content will be carried out under the responsibility of the Prosecutor who performs it. For this diligence the accused person and defender will be summoned in advance. However, their absence does not prevent the realization of the act.
The equipment or information that are not useful to the investigation or understood as non-seized objects will be returned immediately and cannot be used for the investigation.

III-REQUEST

According to the above considerations, the Deputy Prosecutor of the Second Specialized Superior Prosecutor's Office Against Organized Crime, request the Supervisory Judge of the First Judicial Circuit of Panama the following:

FIRST: The Correspondence Seizure Diligence is authorized and private electronic information such as emails, WhatsApp messages, telephone directory, records or files, text messages, data, images, videos, incoming and outgoing calls, found in the SAMSUNG mobile phone device, model SM-G950FD, IMEI No. 359623087229361 and 359624087229369.

SECOND: Said correspondence seizure will be carried out at Coremusa Building, in the Legal Medicine and Forensic Sciences Institute, Forensic Computing Section, on May 9th, 2019, starting at eleven in the morning (11:00 a.m.).

THIRD: Prepare the corresponding offices to comply with the provisions herein. For which, communicate to the defense lawyer and the accused person, of the present diligence.

LEGAL GROUNDS: Article 29 of the Political Constitution of the Republic of Panama and articles 17, 24, 68, 93, 272, 273, 310 and 314 of Criminal Procedure Code.

*Mgtra. Irene E. González R.*
Traductora Idónea
Inglés Español
Español Inglés
Reg. 774 19 de Noviembre de 2007

3

**TRANSLATION**

(Signature Not Legible)
MARCOS T. MOSQUERA DE LA G.
DEPUTY PROSECUTOR OF THE SECOND SPECIALIZED SUPERIOR PROSECUTOR'S OFFICE AGAINST ORGANIZED CRIME

[SEAL]
May 6th, 2019 - 8:59 AM
(Signature Not Legible)

**The undersigned is a Public Translator of English – Spanish and vice versa, who certifies that this is a true copy of the original in Spanish.**
**Panama, September 23rd, 2019.**

*Mgtra. Irene E. González R.*
Traductora Idónea
Inglés Español
Español Inglés
Reg. 774 19 de Noviembre de 2007



**REPÚBLICA DE PANAMÁ**
**MINISTERIO PÚBLICO**
**FISCALIA SEGUNDA SUPERIOR ESPECIALIZADA**
**CONTRA LA DELINCUENCIA ORGANIZA**

| | |
|---|---|
| **SOLICITUD DE AUTORIZACIÓN PARA LA INCAUTACIÓN DE CORRESPONDENCIA** | **Panamá, 06 de mayo de 2019.** **ASISTENCIA JUDICIAL INTERNACIONAL** |

**HONORABLE SEÑOR JUEZ DE GARANTÍAS DEL PRIMER CIRCUITO JUDICIAL DE PANAMÁ. E.S.D.**

Quien suscribe, **MARCOS T. MOSQUERA DE LA G.**, en mi condición de Fiscal Adjunto de la Fiscalía Segunda Superior Especializada Contra la Delincuencia Organizada, con oficinas en el Edificio Avesa, Piso N° 1, teléfono 505-3266, me dirijo a usted a fin de Solicitar Autorización para realizar Diligencia de Incautación de Correspondencia, conforme lo prevé el artículo 310 del Código Procesal Penal, que se encuentre contenida en el equipo celular marca SAMSUNG, modelo SM-G950FD, con número de IMEI359623087229361 y 359624087229369, el cual fue aprehendido mediante Resolución de 07 de diciembre de 2019 por este Despacho de Instrucción, perteneciente a RAMSES GENARO OWENS SAAD, imputado por la causa numerada 06-16, por un delito Contra el Orden Económico, en su modalidad de Blanqueo de Capitales.

### I-    ANTECEDENTES.

Mediante Resolución N° 126-19 de 08 de abril de 2019, la Procuraduría General de la Nación, comisionó a este Despacho de Instrucción, el diligenciamiento de la Asistencia Judicial Internacional liberada por la Fiscalía de los Estados Unidos de Distrito Sur de Nueva York, dentro de las investigaciones seguidas a HARLD JOACHIM VON DER GOLTZ, alías H.J. von der Goltz, alias "Johan von der Goltz ("VON DER GOLTZ"); RICHARD GAFFEY, alías "Dick gaffet"(GAFFEY"), DIRK BRAUER ("BRAUER") y Ramsés Owens, alias

1



"Ramsés Owens Saad" (Owens"), por la presunta comisión de delito de fraude de transferencia electrónica de fondos, lavado de dinero, evasión fiscal y otros delitos, conforme pronunciamiento de la Oficina de la Ejecución de Tratados de Asistencia Legal Mutua y Cooperación Internacional del Ministerio de Gobierno, en su condición de autoridad central por la República de Panamá.

En la Asistencia Judicial de marras, las Autoridades de los Estados Unidos de América, solicitan entre otros puntos lo siguiente:

> "Se ruega hacer que los oficiales del orden público adecuados proporcionen copias completas de todos los archivos de investigación relacionados con las investigaciones penales panameñas sobre OWENS, BRAUER, Teano, Mossack y/o Fonseca, identificadas con los Números de Caso 06-2016 y 02-16. Los archivos deben incluir la información siguiente relacionada con los casos antes mencionados:
> 1. ...
> 2. ...
> 3. ...
> 4. ...
> 5. ...
> 6. ...
> 7. ...
> 8. *Teléfonos originales o duplicados de OWENS, BRAUER, Teano, Mossack, y/o Fonseca; y*
> 9. ..."

Cabe destacar, que la Oficina para la ejecución de los Tratados de Asistencia Legal Mutua y Cooperación Internacional, señaló que la Asistencia Judicial Internacional cumple con los requisitos de formalidad y legalidad del Tratado entre la República de Panamá y los Estados Unidos de América sobre Asistencia Mutua en Asuntos Penales", ratificado en Panamá, mediante la Ley N° 20 de 22 de julio de 1991, específicamente en sus artículos 4.2, 5 y 8.2; por lo que dicha Dirección en su condición de Autoridad Central, corrió traslado a la solicitud de asistencia in comento y la remitió a la autoridad competente para su debido tramite.

Por otra parte, la investigación numerada 06-16 el cual hace referencia el Requerimiento Internacional, se le formuló cargos a RAMSES GENARO OWENS SAAD, por un delito Contra el Orden Económico, en su modalidad de Blanqueo de Capitales. Es importante indicar, que se dispuso la aprehensión del celular marca SAMSUNG, modelo SM-G950FD, con número

2



de IMEI359623087229361 y 359624087229369 al momento que fue conducido OWENS SAAD.

## II- IDENTIFICACIÓN CONCRETA DE LA CORRESPONDENCIA A INCAUTAR Y FINALIDAD DE LA INCAUTACIÓN.

Se solicita autorización para la incautación de la correspondencia contenida en el celular marca SAMSUNG, modelo SM-G950FD, con número de IMEI359623087229361 y 359624087229369, perteneciente a RAMSES OWENS SAAD, el cual se encuentra a disposición del Ministerio de Económica y Finanzas.

Lo anterior, es con la finalidad de incautar la correspondencia, datos e información electrónica, correos electrónicos, mensajería de WhatsApp, directorio telefónico; así como, registros o archivos, mensajes de texto, imágenes, videos, llamadas entrantes y salientes, que se encuentren almacenados en los teléfonos celulares antes descrito, en virtud de solicitud internacional, para lo cual esta agencia de instrucción toma en consideración el requerimiento establecido en el artículo 310 del Código Procesal Penal y la garantía Constitucional prevista en el artículo 29 de la Constitución Nacional, sobre la inviolabilidad de las comunicaciones privadas, en estricto proporción a las garantías fundamentales de las personas vinculadas al hecho investigado.

Lo anterior, en los términos de las disposiciones citadas que rezan así:

> *Artículo 310. Incautación de Correspondencia. Para la incautación de correspondencia epistolar, telegráfica u otros documentos privados, se requerirá autorización judicial previa. En los casos previstos en el artículo 298 en que sea necesario incautar correspondencia, la diligencia se someterá al control posterior del Juez de Garantías.*
>
> *Artículo 314. Incautación de datos. Cuando se incauten equipos informáticos o datos almacenados en cualquier otro soporte, regirán las mismas limitaciones referidas al secreto profesional y a la reserva sobre el contenido de los documentos incautados.*
> *El examen del contenido de los datos se cumplirá bajo la responsabilidad del Fiscal que lo realiza. A dicha diligencia se citará con la debida antelación, a la persona imputada y su defensor. Sin embargo, la ausencia de ellos no impide la realización del acto.*
> *El Equipo o la Información que no resulten útiles a la investigación o comprendidos como objetos no incautables*

3

*serán devueltos de inmediato y no podrán utilizarse para la investigación.*

### III-LA SOLICITUD

De conformidad con las consideraciones expuestas, el suscrito Fiscal Adjunto de la Fiscalía Segunda Superior Especializadas Contra la Delincuencia Organizada, solicita al señor Juez de Garantías del Primer Distrito Judicial de Panamá lo siguiente:

**PRIMERO:** Se Autorice Diligencia de Incautación de correspondencia e información electrónica privada como correos electrónicos, mensajería de WhatsApp directorio telefónico, registros o archivos, mensajería de texto, datos, imágenes, videos, llamadas entrantes y salientes, que se encuentre contenido en el celular marca SAMSUNG, modelo SM-G950FD, con número de IMEI359623087229361 y 359624087229369.

**SEGUNDO:** Dicha incautación de correspondencias se llevará a cabo, en el Edificio Coremusa, en el Instituto de Medicina Legal y Ciencias Forense, en la Sección de Informática Forense, **el 09 de mayo de año dos mil diecinueve (2019), a partir de las once de la mañana (11:00 a.m.).**

**TERCERO:** Confecciónese los oficios correspondientes para dar cumplimiento a lo aquí dispuesto. Para lo cual, realícese las comunicaciones a el abogado defensor y el señor imputado, de la presente diligencia.

**FUNDAMENTO DE DERECHO:** Artículo 29 de la Constitución Política de la República de Panamá y los artículos 17, 24, 68, 93, 272, 273, 310 y 314 del Código Procesal Penal.

MARCOS T. MOSQUERA DE LA G.
Fiscal Adjunto de la Fiscalía Segunda Superior Especializada
Contra la Delincuencia Organizada

4