# TRANSCRIPT OF HEARING HELD ON
# APRIL 4, 2019

AUDIO TRANSCRIPT 12:37 MINS.

- GOOD AFTERNOON, GOOD MORNING. GOOD AFTERNOON TO ALL. TODAY, APRIL 4TH, 2019, WE BEGIN THE HEARING IN FILE AJI05-2019 OF INTERNATIONAL ASSISTANCE. SPEAKING TO YOU IS NICOLE PHILLIPS, AUXILIARY OFFICER OF THE FIRST JUDICIAL DISTRICT OF PANAMA. I WILL MENTION TO YOU THE RULES TO BE FOLLOWED IN THE ROOM: NOT HAVING ELECTRONIC DEVICES INSIDE THE HEARING ROOM, TO REMAIN SILENT, TO NOT MAKE GESTURES OF APPROVAL OR DISAPPROVAL, TO TRY TO NOT LEAVE THE HEARING OFTEN. WHO PRESIDES THE HEARING IS THE HONORABLE JUDGE OF WARRANTS MARISOL ORTIZ.

- THANK YOU. GOOD AFTERNOON. I WILL FORMALLY BEGIN THIS HEARING WHICH HAS BEEN SCHEDULED INSIDE INTERNATIONAL ASSISTANCE AJI05-2019. FOR THE PURPOSE OF VIDEO RECORDING, I ASK ALL THE PARTIES TO IDENTIFY YOURSELVES, STARTING WITH PROSECUTOR.

- GOOD DAY HONORABLE JUDGE OF GUARANTEES, ROOM OFFICIAL, DEFENSE ATTORNEY, MY NAME IS ISIS SOTO ESPINOSA, SUPERIOR AD HONOREM PROSECUTOR OF THE SECOND SPECIALIZED PROSECUTING OFFICE AGAINST ORGANIZED CRIME, WITH OFFICE AT THE AVESA BUILDING, 1ST FLOOR, TELEPHONE ▮▮▮▮, AND EMAIL ▮▮▮▮▮▮▮▮

- THANK YOU, THE DEFENSE

- YES, GOOD MORNING HONORABLE JUDGE, HONORABLE PROSECUTOR, (INAUDIBLE) GONZALEZ CASINO, PUBLIC DEFENSE, WITH OFFICE LOCATED IN TUMBA MUERTO AND OTHER GENERALS KNOWN ON AUDIO AND VIDEO, THANKS.

- THANKS. I WILL ASK THE PROSECUTOR TO STATE HER PETITION.

- BASED ON MADAM JUDGE, ON ARTICLE 258 OF THE CRIMINAL PROCEEDING CODE WE SUBMIT TO SUBSEQUENT CONTROL THE PROVISIONAL SEIZING OF ASSETS LAID OUT THROUGH THE RESOLUTION OF MARCH 14TH, 2019, IN COMPLIANCE TO THE INTERNATIONAL JUDICIAL ASSISTANCE, ISSUED BY THE PROSECUTOR OF THE SOUTH DISTRICT OF NEW YORK, UNITED STATES OF AMERICA, INSIDE THE INVESTIGATIONS DONE

*Mgtra. Irene E. González R.*
Traductora Idónea
Inglés Español
Español Inglés
Reg. 774 19 de Noviembre de 2007

AGAINST HAROLD VON DER GOLTZ AND OTHERS, ON CHARGES OF FRAUD, ASSET LAUNDERING, FISCAL EVASION AND OTHERS. UNITED STATES AUTHORITIES REQUESTED TO, THROUGH JUDICIAL ASSISTANCE, TO MAKE EFFECTIVE THE CONFISCATION ORDER DICTATED BY THE TRIBUNAL OF SOUTH DISTRICT, OF NEW YORK, UNITED STATES, WHERE IT WAS ORDERED TO RETAIN THE FUNDS AND MONEY KEPT IN THE ▮ BANK ACCOUNTS, WHICH WE WILL PROCEED TO DETAIL: THE ACCOUNT ▮, UNDER THE NAME OF THE REVACK HOLDINGS FOUNDATION, ▮ UNDER THE NAME WORLD WIDE INVESTMENTS SERVICE AND HOLDINGS, ▮ UNDER THE NAME EMJO INVESTMENT LIMITED, ▮ UNDER THE NAME GOLDBEAN INC, 4020011423 UNDER THE NAME UNION PROPERTIES INC, ▮ UNDER THE NAME BRECKNOCK CORPORATION, AND ▮ UNDER THE NAME TREETOPPROPERTY INC. THIS JUDICIAL INTERNATIONAL ASSISTANCE TO THE UNITED STATES WAS ADMITTED BY THE MINISTRY OF GOVERNMENT, ISSUED TO THE NATION'S GENERAL PROSECUTOR'S OFFICE THROUGH RESOLUTION DATED MARCH 12TH, 2019, COMMISSIONED TO THE SECOND SPECIALIZED PROSECUTOR'S OFFICE AGAINST ORGANIZED CRIME TO BE FILLED OUT. IT IS IMPORTANT TO MENTION HOW THE LAW 11 OF MARCH 31ST, 2015, WHICH DICTATES THE DISPOSITIONS OVER JURIDICAL ASSISTANCES IN PENAL MATTER PROVIDES THAT THE COMPETENT AUTHORITIES AT THE MOMENT OF FILING AN INTERNATIONAL AID MUST APPLY THE PENAL PROCEEDING NORMATIVE VALID AT THE MOMENT OR INSIDE THE TERRITORIAL CIRCUMSCRIPTION WHERE THE HEARING WILL BE PRACTICED. IT IS BECAUSE OF THIS THAT THE RESOLUTION OF MARCH 14TH, 2019 WAS BASED ON THE ARTICLE 252 Y 253 OF THE PENAL PROCEEDING CODE OVER THE PROVISIONAL SEIZING, ONCE ONE OF THE CRIMES THE UNITED STATES IS INVESTIGATING IS ASSET LAUNDERING. SIMILARLY, ONCE THE PROVISIONAL SEIZING WAS DISPOSED, THE NOTES WERE SENT TO ▮ BANK, ANNEXING A COPY OF THE SEIZURE ORDER DICTATED BY THE NEW YORK'S SOUTH DISTRICT TRIBUNAL, UNITED STATES, AND ▮ BANK, THROUGH NOTE OF MARCH 18TH, 2019, INDICATED... I CERTIFY THAT THE FUNDS OF THE BANK ACCOUNTS THAT WERE SEIZED IS FOR THE FOLLOWING AMOUNTS: THE REVACK HOLDINGS FOUNDATION FOR $▮ WORLD WIDE INVESTMENT SERVICE AND

Mgtra. Irene E. González R.
Traductora Idónea
Inglés Español
Español Inglés
Reg. 774 19 de Noviembre de 2007

HOLDINGS, $███████ EMJO INVESTMENT LIMITED FOR $████ GOLDBEAN INC FOR $████, UNION PROPERTIES INC FOR $████ BRECKNOCK CORPORATION FOR $████ MOREOVER, THEY INDICATE THAT THE SOCIETY OR TREETOP PROPERTIES BANK ACCOUNT IS STILL CLOSED. THE DAY MARCH 20TH, 2019, ████████ BANK CERTIFIES THAT THE FUNDS WERE SURRENDERED TO THE MINISTRY OF ECONOMY AND FINANCE. THIS HEARING WAS REQUESTED THROUGH A NOTE DATED MARCH 20TH, 2019, SO WE ARE WITHIN THE 10 DAYS TERM ESTABLISHED ON THE ARTICLE 258 OF THE PENAL PROCEEDING CODE. BECAUSE OF THE EVENTS WE HAVE MENTIONED YOUR HONOR, WE CONSIDERED THAT AT THE MOMENT OF, WE ASK THAT AT THE MOMENT OF DECIDING, YOU DECLARE LEGAL THE SEIZING OF THE BANK ACCOUNTS THAT WERE SEIZED PROVISIONALLY THROUGH THE RESOLUTION OF MARCH 14TH, 2019, IN FULFILLMENT OF THE JUDICIAL INTERNATIONAL ASSISTANCE, FORWARDED BY THE UNITED STATES OF AMERICA. THANK YOU.

- THANKS. THE DEFENSE.

- YES, MADAM JUDGE. INDEED, IT CAN BE OBSERVED THAT IN VIRTUE OF THE REQUEST OF INTERNATIONAL ASSISTANCE REQUIRED BY THE UNITED STATES OF AMERICA, THAT THE TRIBUNAL OF THE SOUTH DISTRICT OF NEW YORK, RIGHT, OVER THE ASSETS FOR THE PURPOSE OF THE CASE, MONEY KNOWN IN DIFFERENT BANK ACCOUNTS IN CREDICORP BANK, UNDER THE NAME OF CERTAIN ANONYMOUS SOCIETIES, I UNDERSTAND MISTER PROSECUTOR THAT REVACK HOLDINGS, WORLD WIDE INVESTMENTS, EMJO INVESTMENT LIMITED, GOLDBEAN INC, NO AUDIBLE, UNION PROPERTIES INC, AND THE FOLLOWING IS BRECKNOCK CORPORATION. OKAY, THE PUBLIC MINISTRY SENDS THE RESOLUTION OF MARCH 14TH, 2019, WITH THE INTENTION OF COMPLYING WITH THE MENTIONED INTERNATIONAL ASSISTANCE, AND THIS, THROUGH NOTE OF MARCH 18TH, 2019, SENT BY THE MENTIONED BANK ENTITY, IT IS KNOWN TO THE PUBLIC MINISTRY THAT THE MENTIONED FUNDS WERE SEIZED. SIMILARLY, ON MARCH 20TH, 2019, THE PUBLIC MINISTRY IS NOTIFIED THAT THE MONEY WAS AVAILABLE AND THAT IT WAS GOING TO BE SURRENDERED TO THE MINISTRY OF ECONOMY AND FINANCE. THE SAME DAY, A HEARING IN FRONT OF THE LATER CONTROL WAS SOLICITED, RIGHT, TO THE

*Mgtra. Irene E. González R.*
Traductora Idónea
Inglés Español
Español Inglés
Reg. 774 19 de Noviembre de 2007

JUDGE OF GUARANTEES. THEREFORE, WE DO NOT HAVE ANY OBJECTIONS YOUR HONOR BECAUSE ONCE THE PROVISIONAL SEIZING OF THE MONEY OF THE MENTIONED SOCIETY AND THE ▬▬▬▬ BANK ACCOUNTS HAS BEEN MADE, THE HEARING WITHIN THE TERM ESTABLISHED IN THE ARTICLE 258 OF THE PENAL PROCEEDING CODE WAS SOLICITED. THANK YOU.

- THANK YOU (NO AUDIBLE) ABOUT THE REQUEST INDEED BECAUSE ESTABLISHED THE DISTRICT ATTORNEY OF THE PROSECUTOR'S OFFICE SPECIALIZED AGAINST ORGANIZED CRIME WHICH IS WHY THERE WAS THE NEED FOR A JUDICIAL INTERNATIONAL ASSISTANCE, BECAUSE FROM A SEIZING ORDER TO BE EFFECTIVE IN CREDICORP BANK, ESTABLISHED THE NAMES OF THE ANONYMOUS SOCIETIES ACCOUNTS ESTABLISHED IN LIGHT OF AN INVESTIGATION WHICH IS DONE BY THE NEW YORK'S SOUTH DISTRICT TRIBUNAL. IT HAS BEEN REFERRED THAT THROUGH THE PERTINENT CONDUITS THE INTERNATIONAL ASSISTANCE WAS RECEIVED FOLLOWED BY A RESOLUTION OF MARCH 12TH, 2019, WHERE IT IS DISPOSED THAT THE PROSECUTOR'S OFFICE SPECIALIZED AGAINST ORGANIZED CRIME MAKE EFFECTIVE THIS REQUEST. IT IS FOR THIS, IN COMPLIANCE OF THE INTERNATIONAL ASSISTANCE THE RESOLUTION OF MARCH 14TH, 2019 BE TURNED, BASED ON THE ARTICLES 252 AND 253 OF THE PENAL PROCEDURAL CODE, WITH THE PURPOSE OF HAVING THE SEIZING OF THESE ASSETS OR BANKS ACCOUNTS. IN LIGHT OF THE INVESTIGATION FOR MONEY LAUNDERING DONE BY THE UNITED STATES. IT IS ESTABLISHED THAT THROUGH A CERTIFICATION OF MARCH 18TH, 2019, ESTABLISHED BY CREDICORP BANK, THAT THE ACCOUNTS HAVE BEEN SEIZED, ESTABLISHING THE AMOUNT OF EACH ONE OF THEM, EVEN ESTABLISHING THAT ONE OF THEM IS STILL CURRENTLY CLOSED. LIKEWISE, THE DISTRICT ATTORNEY HAS ESTABLISHED OR HAS REQUESTED THAT ON MARCH 20TH, 2019 IT WILL BE TURNED AGAIN OR IT IS ESTABLISHED THAT CREDICORP BANK HAS BEEN OR HAS GIVEN THE CORRESPONDENT ACCOUNTS TO THE MINISTRY OF ECONOMY AND FINANCES, IN LIGHT OF ITS PROVISIONAL SEIZING. THIS HEARING HAS BEEN REQUESTED ON MARCH 20TH, 2019, ESTABLISHING THAT IT IS WITHIN THE TIME ESTABLISHED IN THE ARTICLE 258. THE DEFENSE, ON THEIR PART, HAS ESTABLISHED THAT THEY HAVE VERIFIED AND IN LIGHT OF

*Mgtra. Irene E. González R.*
Traductora Idónea
Inglés Español
Español Inglés
Reg. 774 19 de Noviembre de 2007

THE PENDING DILIGENCE TO THE JUDICIAL INTERNATIONAL ASSISTANCE WHICH WAS MADE EFFECTIVE BY THE PUBLIC MINISTRY THE CORRESPONDENT PETITION TO SEIZE THE ASSETS, IN THIS CASE, THE SEIZING OF THE BANK ACCOUNTS THAT WERE IN CREDICORP BANK AND ARE RELATED TO THE INVESTIGATION DONE BY THE SOUTH DISTRICT TRIBUNAL OF NEW YORK, IT WAS ESTABLISHED THEN THAT THEY HAVE VERIFIED THE TIMES AND IT HAS BEEN FULFILLED BASED ON WHAT ESTABLISHES THE NORM OF THE ARTICLE 258. IN EFFECT, WE SEE THAT IT HAS BEEN FULFILLED AND THE CORRESPONDENT CHANNELS WERE VISITED TO RECEIVE THIS RESOLUTION OR THIS INTERNATIONAL ASSISTANCE THROUGH A RESOLUTION OF MARCH 12TH, 2019, THE DISTRICT'S OFFICE HAS MADE THE RESOLUTION OF MARCH 14TH, 2019 TO SEIZE BASED ON THE NORMS OF OUR COUNTRY, THE ASSETS THAT WERE THIS BANKING ENTITY,          BANK, THE DISTRICT ATTORNEY ESTABLISHED THE NECESSITY OF THE PROPORTIONALITY OF THE REQUEST DONE BY THE UNITED STATES THE REQUEST CAN BE FOUND EXECUTED AND BASED IN THE TIME IT HAS BEEN REQUESTED AND SUBMITTED TO THE JUDGE OF GUARANTEES. THE DILIGENCE OF SEIZING OF ASSETS, WHICH HAS BEEN EXECUTED BY THE PROSECUTOR'S OFFICE SPECIALIZED AGAINST ORGANIZED CRIME BASED ON THE ARTICLE 252 AND 253 OF THE PENAL PROCEDURAL CODE IS ESTABLISHED LEGAL, BECAUSE THE TERMS OF THE TIME HAVE BEEN MET ONCE THE INFORMATION HAS BEEN OBTAINED BY THE BANKING ENTITY WHERE THE SEIZED ACCOUNTS ARE.

IS THERE ANOTHER REQUEST?

- NO MADAM JUDGE
- NO MADAM JUDGE
- THANK YOU, THEN I CLOSE THE ACT OF THE HEARING AT 12:07 IN THE AFTERNOON.
- THANK YOU

The undersigned is a Public Translator of English – Spanish and vice versa, who certifies that this is a true copy of the original in Spanish.
Panama, September 30th, 2019.

*Mgtra. Irené E. González R.*
Traductora Idónea
Inglés Español
Español Inglés
Reg. 774 19 de Noviembre de 2007

transcripción AUDIO 12:37 MINS.

- BUENAS TARDES, BUENOS DÍAS. BUENAS TARDES A TODOS LOS PRESENTES. EN EL DÍA DE HOY 4 DE ABRIL DE 2019 SE DA INICIO A LA AUDIENCIA DENTRO DE LA CARPETILLA AJI05-2019 DE ASISTENCIA INTERNACIONAL. QUIEN LES HABLA, NICOLE PHILLIPS, AUXILIAR DEL PRIMER DISTRITO JUDICIAL DE PANAMÁ. LES MENCIONARÉ LAS REGLAS A SEGUIR DENTRO DEL ACTO DE AUDIENCIA: NO TENER APARATOS ELECTRÓNICOS DENTRO DE LA SALA, PERMANECER EN SILENCIO, NO HACER GESTOS DE APROBACIÓN O DESAPROBACIÓN, TRATAR DE NO SALIR CON FRECUENCIA DE LA AUDIENCIA. QUIEN PRESIDE LA AUDIENCIA, LA HONORABLE JUEZ DE GARANTÍAS MARISOL ORTIZ.
- GRACIAS. BUENAS TARDES. VOY A DAR FORMAL INICIO A ESTA AUDIENCIA, PUES QUE HA SIDO AGENDADA DENTRO DE LA ASISTENCIA INTERNACIONAL AJI05-2019. PARA EFECTOS DE REGISTROS DE VIDEO, SOLICITO A LAS PARTES QUE SE IDENTIFIQUEN, INICIANDO POR LA FISCALÍA.
- BUENOS DÍAS HONORABLE JUEZ DE GARANTÍAS, OFICIAL DE SALA, ABOGADA DE LA DEFENSA, MI NOMBRE ES ISIS SOTO ESPINOSA, FISCAL SUPERIOR AD HONOREM DE LA FISCALÍA SEGUNDA ESPECIALIZADA CONTRA LA DELINCUENCIA ORGANIZADA, CON OFICINAS EN EL EDIFICIO AVESA, 1ER PISO, TEL. ███████, Y CORREO ELECTRÓNICO ███████████████████.
- GRACIAS, LA DEFENSA...
- SI, BUENOS DÍAS HONORABLE JUEZ, HONORABLE FISCAL, (NO COMPRENSIBLE) GONZALEZ CASINO, DEFENSORA PÚBLICA, CON OFICINAS UBICADAS EN TUMBA MUERTO Y DEMÁS GENERALES CONOCIDAS EN AUDIO Y VIDEO, GRACIAS.
- GRACIAS. LE DOY ENTONCES EL USO DE LA PALABRA A LA SEÑORA FISCAL PARA SU PETICIÓN.
- CON FUNDAMENTO SEÑORA JUEZ, EN EL ARTÍCULO 258 DEL CÓDIGO PROCESAL PENAL, SOMETEMOS A CONTROL POSTERIOR LA APREHENSIÓN PROVISIONAL DE BIENES DISPUESTA MEDIANTE RESOLUCIÓN DEL 14 DE MARZO DE 2019, EN CUMPLIMIENTO DE LA ASISTENCIA JUDICIAL INTERNACIONAL REMITIDA POR PARTE DE LA FISCALÍA DEL

DISTRITO SUR DE NUEVA YORK, DE LOS ESTADOS UNIDOS DE AMÉRICA, DENTRO DE LAS INVESTIGACIONES QUE LLEVAN EN CONTRA DE HAROLD VON DER GOLTZ Y OTROS, POR DELITO DE FRAUDE, LAVADO DE ACTIVOS, EVASIÓN FISCAL Y OTROS. LAS AUTORIDADES DE LOS ESTADOS UNIDOS SOLICITARON, A TRAVÉS DE LA ASISTENCIA JUDICIAL, QUE SE HICIERA EFECTIVA LA ORDEN DE DECOMISO DICTADA POR EL TRIBUNAL DEL DISTRITO SUR DE NUEVA YORK, DE LOS ESTADOS UNIDOS, EN DONDE SE ORDENABA RETENER LOS FONDOS Y LOS DINEROS QUE SE MANTUVIERAN DENTRO DE LAS CUENTAS BANCARIAS DEL ████████, QUE PASAMOS A DETALLAR: LA CUENTA BANCARIA ████████, A NOMBRE DE LA FUNDACIÓN REVACK HOLDINGS, ████████ A NOMBRE DE WORLD WIDE INVESTMENT SERVICE AND HOLDINGS, ████████ A NOMBRE DE EMJO INVESTMENT LIMITED., ████████ A NOMBRE DE GOLDBEAN INC, ████████ A NOMBRE DE UNION PROPERTIES INC, ████████ A NOMBRE DE BRECKNOCK CORPORATION, Y LA ████████ A NOMBRE DE TREETOPPROPERTY INC. ESTA ASISTENCIA JUDICIAL DE LOS ESTADOS UNIDOS FUE ACOGIDA POR EL MINISTERIO DE GOBIERNO, REMITIDA A LA PROCURADURÍA GENERAL DE LA NACIÓN, DESPACHO MEDIANTE RESOLUCIÓN DEL 12 DE MARZO DE 2019, COMISIONÓ A LA FISCALÍA SEGUNDA ESPECIALIZADA CONTRA LA DELINCUENCIA ORGANIZADA PARA DILIGENCIARLA. ES IMPORTANTE MENCIONAR COMO LA LEY 11 DEL 31 DE MARZO DE 2015 QUE DICTA DISPOSICIONES SOBRE LAS ASISTENCIAS JURÍDICAS EN MATERIA PENAL DISPONE QUE LAS AUTORIDADES COMPETENTES AL MOMENTO DE DILIGENCIAR UN AUXILIO INTERNACIONAL DEBEN APLICAR LA NORMATIVA PROCESAL PENAL VIGENTE AL MOMENTO O DENTRO DE LA CIRCUNSCRIPCIÓN TERRITORIAL DONDE SE VA A PRACTICAR LA DILIGENCIA. ES POR LO QUE LA RESOLUCIÓN DEL 14 DE MARZO DE 2019 SE FUNDAMENTÓ EN EL ARTICULO 252 Y 253 DEL CÓDIGO PROCESAL PENAL SOBRE LA APREHENSIÓN PROVISIONAL DE BIENES, TODA VES QUE UNO DE LOS DELITOS QUE ESTA INVESTIGANDO LOS ESTADOS UNIDOS ES EL LAVADO DE ACTIVOS O EL BLANQUEO DE CAPITALES. IGUALMENTE, UNA VES QUE SE DISPUSO LA APREHENSIÓN PROVISIONAL DE BIENES, SE ENVIÓ O SE ENVIARON LAS NOTAS AL BANCO ████████ BANK, ANEXANDO COPIA DE LA ORDEN DE DECOMISO DICTADA POR EL TRIBUNAL DEL DISTRITO SUR DE

NUEVA YORK DE LOS ESTADOS UNIDOS, Y EL BANCO ███████, MEDIANTE NOTA DEL 18 DE MARZO DE 2019, INDICÓ... CERTIFICÓ QUE LOS FONDOS DE LAS CUENTAS BANCARIAS QUE ESTABAN APREHENDIDOS ES DE LAS SIGUIENTES SUMAS DE DINERO: LA FUNDACIÓN REVACK HOLDINGS POR $██████, WORLD WIDE INVESTMENT SERVICE AND HOLDINGS

$████████, EMJO INVESTMENT LIMITED POR $██████, GOLDBEAN INC POR $███████, UNION PROPERTIES INC POR $███████ BRECKNOCK CORPORATION POR $███████ ADEMÁS INDICAN, QUE LA SOCIEDAD, O LA CUENTA BANCARIA DE TREETOP PROPERTIES SE MANTIENE CERRADA. EL DÍA 20 DE MARZO DE 2019, LA ENTIDAD BANCARIA ███████ BANK CERTIFICA QUE LOS FONDOS FUERON PUESTOS A DISPOSICIÓN DEL MINISTERIO DE ECONOMÍA Y FINANZAS. ESTA AUDIENCIA FUE SOLICITADA A TRAVÉS DE UNA NOTA DEL DÍA 20 DE MARZO DE 2019, POR LO QUE NOS ENCONTRAMOS DENTRO DEL TÉRMINO DE 10 DÍAS ESTABLECIDOS EN EL ARTICULO 258 DEL CÓDIGO PROCESAL PENAL. POR LOS HECHOS QUE HEMOS NOMBRADO SEÑORA JUEZ, CONSIDERAMOS QUE AL MOMENTO DE, SOLICITAMOS QUE AL MOMENTO DE DECIDIR, DECLARE LEGAL LA APREHENSIÓN DE LAS CUENTAS BANCARIAS QUE SE APREHENDIERON PROVISIONALMENTE A TRAVÉS DE LA RESOLUCIÓN DEL 14 DE MARZO DE 2019, EN CUMPLIMIENTO DE LA ASISTENCIA JUDICIAL INTERNACIONAL REMITIDA POR PARTE DE LOS ESTADOS UNIDOS DE AMÉRICA. GRACIAS.

- GRACIAS. LA DEFENSA.
- SI. GRACIAS SEÑORA JUEZ. EN EFECTO, SE OBSERVA QUE EN VIRTUD DE LA SOLICITUD DE ASISTENCIA INTERNACIONAL REQUERIDA POR LOS ESTADOS UNIDOS DE AMÉRICA, QUE SIMPLEMENTE EL TRIBUNAL DEL DISTRITO SUR DE NUEVA YORK, VERDAD, SOBRE BIENES PARA EFECTOS DEL CASO, DINEROS SABIDOS EN DIFERENTES CUENTAS BANCARIAS EN EL BANCO ███████ BANK, A NOMBRE DE CIERTAS SOCIEDADES ANÓNIMAS, ENTIENDO SEÑORA FISCAL QUE REVACK HOLDINGS, WORLD WIDE INVESTMENT, EMJO INVESTMENT LIMITED, GOLDBEAN INC, NO LE CAPTE LA SIGUIENTE, UNION PROPERTIES INC, Y LA QUE LE SIGUE ES, BRECKNOCK CORPORATION. OK. EL MINISTERIO PÚBLICO EMITE LA RESOLUCIÓN DE FECHA 14 DE MARZO DE 2019, A FIN DE CUMPLIR DICHA ASISTENCIA

INTERNACIONAL Y, ESTE, MEDIANTE NOTA DE 18 DE MARZO DE 2019 EMITIDA POR DICHA ENTIDAD BANCARIA, SE PONE EN CONOCIMIENTO DEL MINISTERIO PÚBLICO QUE DICHOS FONDOS FUERON APREHENDIDOS. IGUALMENTE, EL DÍA 20 DE MARZO DE 2019, SE NOTIFICA AL MINISTERIO PÚBLICO QUE ESTABAN A DISPOSICIÓN LOS DINEROS Y QUE IBAN A SER PUESTOS A ORDENES DEL MINISTERIO DE ECONOMÍA Y FINANZAS. MISMA FECHA QUE SE SOLICITA LA AUDIENCIA ANTE EL CONTROL POSTERIOR, VERDAD, ANTE EL JUEZ DE GARANTÍAS. POR ENDE, NO TENEMOS NINGUNA OBJECIÓN SEÑORA JUEZ COMO QUIERA PUES UNA VES REALIZADA DICHA APREHENSIÓN PROVISIONAL DE LOS DINEROS DE DICHAS SOCIEDADES, Y CUENTAS BANCARIAS HABIDAS EN EL ████████ BANK, SE SOLICITA LA AUDIENCIA DENTRO DEL TERMINO ESTABLECIDO EN EL ARTICULO 258 DEL CÓDIGO PROCESAL PENAL. GRACIAS.

- GRACIAS (NO ENTENDIBLE) SOBRE LA SOLICITUD EN EFECTO PUES ESTABLECIDO LA SEÑORA FISCAL DE LA FISCALÍA CONTRA LA DELINCUENCIA ORGANIZADA, PUES QUE SE HA HECHO LA NECESIDAD POR PARTE DE UNA ASISTENCIA JUDICIAL INTERNACIONAL, PUES DE UNA ORDEN DE DECOMISO PARA SER EFECTIVA PUES DENTRO DE LA ENTIDAD BANCARIA ████████ BANK, ESTABLECIÓ LOS NOMBRES DE LAS CUENTAS DE LAS SOCIEDADES ESTABLECIDAS EN RAZÓN PUES DE UNA INVESTIGACIÓN QUE SE LLEVA A CABO POR PARTE DE LA FISCALÍA DE LOS ESTADOS UNIDOS DEL DISTRITO SUR DE NUEVA YORK. SE HA REFERIDO ENTONCES QUE MEDIANTE LOS CONDUCTOS PERTINENTES PUES FUE ACOGIDA LA ASISTENCIA INTERNACIONAL SEGUIDA DE UNA RESOLUCIÓN DE FECHA DEL 12 DE MARZO DE 2019, EN DONDE SE DISPONE PUES QUE SEA LA FISCALÍA DE DELINCUENCIA ORGANIZADA PUES QUE REALICE EFECTIVA ESTA SOLICITUD. ES ASÍ, PUES QUE EN CUMPLIMIENTO DE LA ASISTENCIA INTERNACIONAL SE GIRA LA RESOLUCIÓN DEL 14 DE MARZO DE 2019, BASADA PUES EN LOS ARTÍCULOS 252 Y 253 DEL CÓDIGO DE PROCEDIMIENTO PENAL, A FIN DE DISPONER PUES LA APREHENSIÓN DE ESTOS ACTIVOS, O ESTAS CUENTAS, EN RAZÓN PUES DE LA INVESTIGACIÓN DE BLANQUEO DE CAPITALES, LAVADO DE ACTIVOS, PUES QUE LLEVA A CABO LOS ESTADOS UNIDOS. SE ESTABLECE ENTONCES QUE MEDIANTE UNA CERTIFICACIÓN DEL 18 DE MARZO DE 2019, LA ESTABLECE LA ENTIDAD BANCARIA ████████ BANK, PUES QUE LAS CUENTAS HAN SIDO

APREHENDIDAS ESTABLECIENDO EL MONTO DE CADA UNA DE ELLAS, INCLUSO ESTABLECIENDO PUES QUE UNA DE ELLAS SE MANTIENE CERRADA EN LA ACTUALIDAD. ASÍ MISMO, HA SOLICITADO O HA ESTABLECIDO LA SEÑORA FISCAL QUE EL 20 DE MARZO PUES SE GIRA NUEVAMENTE O SE ESTABLECE QUE LA ENTIDAD ███ BANK PUES HA SIDO O HA DISPUESTO PUES LA CUENTAS CORRESPONDIENTES AL MINISTERIO DE ECONÓMICA Y FINANZAS, EN RAZÓN DE SU APREHENSIÓN PROVISIONAL. HA SOLICITADO ESTA AUDIENCIA EL 20 DE MARZO DE 2019, ESTABLECIENDO QUE SE ENCUENTRA DENTRO DEL PLAZO ESTABLECIDO EN EL ARTICULO 258. LA DEFENSA, POR SU PARTE, HA ESTABLECIDO QUE HA VERIFICADO Y A RAZÓN PUES DE LAS DILIGENCIAS PENDIENTES A LA ASISTENCIA JUDICIAL INTERNACIONAL PUES SE HIZO EFECTIVO POR PARTE DEL MINISTERIO PÚBLICO LA CORRESPONDIENTE PETICIÓN DE APREHENSIÓN DE BIENES, EN ESTE CASO, LA APREHENSIÓN DE LAS CUENTAS BANCARIAS QUE SE MANTENÍAN EN ███ BANK Y PUES SE RELACIONAN CON LA INVESTIGACIÓN QUE LLEVA LA FISCALÍA DEL DISTRITO DE NUEVA YORK, SE ESTABLECIÓ ENTONCES QUE HA VERIFICADO LOS PLAZOS Y SE HA CUMPLIDO CONFORME A LO QUE ESTABLECE LA NORMA DEL ARTICULO 258. EN EFECTO PUES VEMOS QUE SE HA CUMPLIDO, Y SE HA PASADO LOS CANALES CORRESPONDIENTES PARA ACOGER ESTA RESOLUCIÓN O ESTA ASISTENCIA INTERNACIONAL PUES MEDIANTE UNA RESOLUCIÓN DEL 12 DE MARZO DE 2019, LA FISCALÍA HA REALIZADO PUES LA RESOLUCIÓN DEL 14 DE MARZO PARA APREHENDER CONFORME A LAS NORMAS PUES DE NUESTRO PAÍS, LOS BIENES QUE SE MANTIENEN EN ESTA ENTIDAD BANCARIA, ███ BANK, ESTABLECIÓ LA SEÑORA FISCAL PUES LA NECESIDAD Y EN RAZÓN PUES DE LA PROPORCIONALIDAD DE LA SOLICITUD REALIZADA POR PARTE DE LOS ESTADOS UNIDOS SE ENCUENTRA PUES EJECUTADA LA SOLICITUD Y CONFORME AL PLAZO HA SIDO SOLICITADA Y SOMETIDA ANTE EL JUEZ DE GARANTÍAS. SE ESTABLECE ENTONCES LEGAL LA DILIGENCIA DE APREHENSIÓN DE BIENES QUE HA SIDO EJECUTADA POR PARTE DE LA FISCALÍA DE CRIMEN ORGANIZADO EN BASE DEL ARTÍCULO 252 Y 253 DEL CÓDIGO DE PROCEDIMIENTO PENAL, YA QUE HA CUMPLIDO CON LOS PARÁMETROS DEL PLAZO UNA VES HA OBTENIDO LA INFORMACIÓN POR PARTE

DE LA ENTIDAD BANCARIA PUES DE QUE SE MANTIENEN LAS CUENTAS APREHENDIDAS. ¿HAY ALGUNA OTRA SOLICITUD?

- NO SEÑORA JUEZ
- TAMPOCO SEÑORA JUEZ
- GRACIAS, DOY ENTONCES CERRADO EL ACTO DE AUDIENCIA SIENDO LAS 12:07 DE LA TARDE.
- GRACIAS