UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA,

       Government,  :  18 Cr 693 (RMB)

  - against -        :  **ORDER**

Ramses Owens et. al.,

       Defendant.
------------------------------------------------------------x

  The oral argument in this matter is rescheduled from 9:00 am on October 29, 2019 to 11:00 am on November 6, 2019.

Dated: New York, New York
   October 28, 2019

                RICHARD M. BERMAN
                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/19