**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 21, 2019

**BY ECF**

MEMO ENDORSED
p.2

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/19

Re:   *United States v. Richard Gaffey and Harald Joachim von der Goltz*, 18 Cr. 693 (RMB)

Dear Judge Berman:

     The Government respectfully submits this letter regarding scheduling in this case. On November 19, 2019, a grand jury returned a superseding indictment against the defendants, including one new count against defendant Richard Gaffey. The Government and the defense have met and conferred regarding scheduling an arraignment on the charges in the superseding indictment. To accommodate the scheduling needs of the parties and defense counsel, the parties jointly request that the Court schedule the arraignment for January 6, 2020 at 11:00 a.m., during the pretrial conference that is already scheduled in this case.

November 21, 2019
Page 2

    Because the purpose of this proposed schedule is to accommodate the schedules of the defendants and counsel, the parties jointly submit that the ends of justice served by the proposed schedule outweigh the best interests of the public and the defendant in a speedy trial, and request that the Court accordingly exclude time under 18 U.S.C. 3161(h)(7)(A) and (B), from November 21, 2019, until January 6, 2020. The Government has met and conferred with defense counsel, who consents to these requests.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney for the
                Southern District of New York

                DEBORAH CONNOR
                Chief, Money Laundering and Asset Recovery
                Section, Criminal Division

By: _/s/ Thane Rehn_
                Eun Young Choi and Thane Rehn
                Assistant United States Attorneys
                (212) 637-2187/2354

                Michael Parker and Parker Tobin
                Trial Attorneys, Criminal Division

cc:    Defense Counsel (by ECF)



Application granted. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED.
Date: 11/22/19    _Richard M. Berman_
Richard M. Berman, U.S.D.J.