**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 6, 2019

**BY ECF**

MEMO ENDORSED

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/19
```

Re:   *United States v. Richard Gaffey and Harald Joachim von der Goltz*, 18 Cr. 693 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter regarding scheduling in this case. On November 19, 2019, the grand jury returned a superseding indictment against the defendants, including one new count against defendant Richard Gaffey. The Court previously granted the parties' joint request to schedule the arraignment for January 6, 2020 at 11:00 a.m., during the pretrial conference that is already scheduled in this case.

    On December 5, 2019, the grand jury returned a new superseding indictment that corrects a clerical error in the prior superseding indictment with respect to the numbering of the counts in the indictment. The Government has consulted with counsel for both defendants, and the parties jointly request that the Court proceed with an arraignment on this indictment on January 6, 2020, at 11:00 a.m., as previously scheduled.

> Application Granted.
> Time excluded under
> Speedy Trial Act.
>
> SO ORDERED.
> Date: 12/9/19    *Richard M. Berman*
>                 Richard M. Berman, U.S.D.J.

December 6, 2019<br>Page 2

    Because the purpose of this proposed schedule is to accommodate the schedules of the defendants and counsel, the parties jointly submit that the ends of justice served by the proposed schedule outweigh the best interests of the public and the defendant in a speedy trial, and request that the Court accordingly exclude time under 18 U.S.C. 3161(h)(7)(A) and (B), from December 6, 2019, until January 6, 2020. The Government has conferred with defense counsel, who consents to these requests.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney for the
                Southern District of New York

                DEBORAH CONNOR
                Chief, Money Laundering and Asset Recovery
                Section, Criminal Division

By: _/s/ Thane Rehn_
                Eun Young Choi and Thane Rehn
                Assistant United States Attorneys
                (212) 637-2187/2354

                Michael Parker and Parker Tobin
                Trial Attorneys, Criminal Division

cc:    Defense Counsel (by ECF)