USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

RAMSES OWENS, et al.,

Defendants.

**TO BE FILED UNDER SEAL**

**POST-INDICTMENT RESTRAINING ORDER**

18 Cr. 693 (RMB)

Upon the application of GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461, and upon a finding of probable cause, that the Subject Property, defined below, is subject to restraint and forfeiture pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461,

**IT IS HEREBY ORDERED** that RAMSES OWENS, DIRK BRAUER, RICHARD GAFFEY, and HARALD JOACHIM VON DER GOLTZ (the "Defendants") and all attorneys, agents, and employees, and anyone acting on the behalf of Defendants, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order.

**IT IS FURTHER ORDERED** that RAMSES OWENS, DIRK BRAUER, RICHARD GAFFEY, and HARALD JOACHIM VON DER GOLTZ (the "Defendants"), and all attorneys, agents, and employees, and anyone acting on the behalf of Defendants, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken,

any action that would have the effect of depreciating, damaging, or in any way diminishing the value of property or other interests belonging to, or owed to, or controlled in whole or in part by the defendant, which property or other interests are subject to forfeiture as (i) property involved in violation of 18 U.S.C. § 1956 (money laundering) and/or (ii) proceeds traceable to a violation of 18 U.S.C. § 1343 and 1349 (wire fraud and conspiracy to commit wire fraud). The property and other interests hereby restrained are:

    a. Any and all assets of EMJO Investments Limited, including but not limited to, all funds or assets held in investment accounts by Brooke Private Equity Associates and any funds administered by or associated with Brooke Private Equity Associates in the name of EMJO Investments, Ltd.;

    b. Any and all assets of Revack Holdings Foundation;

    c. Any and all assets of Union Properties, Inc;

    d. Any and all assets of Worldwide Investment Services and Holdings, Ltd.; and

    e. The painting known as "Regates a Henley," by the artist Raoul Dufy (collectively, the "Subject Property").

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein or transactions involving such assets. Any person or entity seeking such action may contact Assistant United States Attorney Thane Rehn, Telephone Number (212) 637-2354. Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon approval made in writing by Assistant United States Attorney Rehn.

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the defendant, the attorneys, agents, and employees, and all persons in active concert or participation

with any of the above, or any other person having actual knowledge of this Order, and that this Order shall remain in effect until further order of this Court.

Dated: New York, New York
December 30, 2019

SO ORDERED:

_____
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

3