```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                 Government,            :     18 CR. 693 (RMB)
                                            :
     - against -                          :     **ORDER**
                                            :
RICHARD GAFFEY,                             :
HARALD JOACHIM VON DER GOLTZ,               :
                                            :
                 Defendants.            :
-------------------------------------------------------------x

The Court will hold a conference on Monday, February 24, 2020, at 9:30 a.m. for the limited purpose of accepting the guilty plea and setting a date for sentencing as to Harald Joachim von der Goltz.

The Court will reconvene at 2:15 p.m. on the 24th of February for the purpose of arraignment on the (S8) Superseding Indictment and discussion of open pretrial issues as to Richard Gaffey. Defendant Gaffey and his counsel are welcome at the 9:30 a.m. conference but are not required to attend.

Dated:  New York, New York
        February 21, 2020

                                               _____
                                                  **RICHARD M. BERMAN**
                                                          **U.S.D.J.**