**EXHIBIT C**

EGP & COMPANY, P.C.
CERTIFIED PUBLIC ACCOUNTANTS
171 LOCKE DRIVE, SUITE 120
MARLBOROUGH, MA  01752
508-485-6001

JUNE 24, 2020

PRIM INVESTMENTS 2 SARL
50 RUE CHARLES MARTEL
LUXEMBOURG  L-2134 LUXEMBOURG

RE:   BOSTON CAPITAL VENTURES IV, LP

DEAR PARTNER:

ATTACHED IS YOUR COPY OF THE 2019 PARTNERSHIP FORM 1065 SCHEDULE K-1.  THIS SCHEDULE SUMMARIZES YOUR INFORMATION FROM THE PARTNERSHIP.  THIS INFORMATION HAS BEEN PROVIDED TO THE INTERNAL REVENUE SERVICE WITH THE U.S. PARTNERSHIP RETURN OF INCOME, FORM 1065.

THE INFORMATION PROVIDED ON THIS SCHEDULE SHOULD BE ENTERED ON YOUR TAX RETURN, IN ACCORDANCE WITH THE INSTRUCTIONS IN SCHEDULE K-1, PAGE 2.  IF YOUR RETURN WILL BE PREPARED BY YOUR ACCOUNTANT OR ATTORNEY, YOU SHOULD PROVIDE A COPY OF THIS SCHEDULE TO THE PREPARER WITH YOUR OTHER TAX INFORMATION.

WE THANK YOU FOR THE OPPORTUNITY TO SERVE YOU.

SINCERELY,


EGP & COMPANY, P.C.

651119

| Schedule K-1 (Form 1065) | **2019** | Final K-1 ☐   Amended K-1 ☐   OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2019, or tax year beginning _____ ending _____ | **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See separate instructions.

| | | |
|---|---|---|
| **Part I** Information About the Partnership | 1 Ordinary business income (loss) | 15 Credits |
| | 0. | |
| **A** Partnership's employer identification number | 2 Net rental real estate income (loss) | |
| ███████████ | | |
| **B** Partnership's name, address, city, state, and ZIP code | 3 Other net rental income (loss) | 16 Foreign transactions |
| BOSTON CAPITAL VENTURES IV, LP  260 CRANDON BLVD, STE32PMB97  KEY BISCAYNE, FL   33149 | 4a Guaranteed payments for services | |
| | 4b Guaranteed payments for capital | |
| **C** IRS Center where partnership filed return ▶ E-FILE | 4c Total guaranteed payments | 17 Alternative min tax (AMT) items |
| **D** ☐ Check if this is a publicly traded partnership (PTP) | 5 Interest income | |
| **Part II** Information About the Partner | 6a Ordinary dividends | 18 Tax-exempt income and nondeductible expenses |
| **E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.) | 6b Qualified dividends | |
| **F** Name, address, city, state, and ZIP code for partner entered in E. See instructions. | 6c Dividend equivalents | |
| PRIM INVESTMENTS 2 SARL  50 RUE CHARLES MARTEL  LUXEMBOURG    L-2134 LUXEMBOURG | 7 Royalties | 19 Distributions |
| | | A        3,545. |
| **G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member | 8 Net short-term capital gain (loss) | 20 Other information |
| **H1** ☐ Domestic partner   ☒ Foreign partner | 9a Net long-term capital gain (loss) | V *             0. |
| **H2** If the partner is a disregarded entity (DE), enter the partner's: | 2,066. | AG *         2,066. |
| TIN _____   Name _____ | 9b Collectibles (28%) gain (loss) | AH *           STMT |
| **I1** What type of entity is this partner?   CORPORATION | 9c Unrecaptured section 1250 gain | |
| **I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐ | 10 Net section 1231 gain (loss) | |
| **J** Partner's share of profit, loss, and capital: | 11 Other income (loss) | |

|   | Beginning | Ending |
|---|---|---|
| Profit | 1.7156800 % | 1.7156800 % |
| Loss | 1.7156800 % | 1.7156800 % |
| Capital | 1.7156800 % | 1.7156800 % |

Check if decrease is due to sale or exchange of partnership interest ☐

| 12 Section 179 deduction | |
|---|---|
| 13 Other deductions | |
| W*        103. | |

**K** Partner's share of liabilities:

|   | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 90. | $ 117. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis   SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $    26,237. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $     1,963. |
| Other increase (decrease) (attach explanation) | $    -9,040. |
| Withdrawals & distributions | $(    3,545.) |
| Ending capital account | $    15,615. |

14 Self-employment earnings (loss)

21 ☐ More than one activity for at-risk purposes*
22 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**M** Did the partner contribute property with a built-in gain or loss?
   ☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
   Beginning ................ $ _____
   Ending ................... $ _____

For IRS Use Only

911261 12-30-19   LHA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2019

25

BOSTON CAPITAL VENTURES IV, LP

===============================================================================

| SCHEDULE K-1 | OTHER DEDUCTIONS, BOX 13, CODE W |  |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| PORTFOLIO DEDUCTIONS | FORMERLY DEDUCTIBLE BY INDIVIDUALS - SEC 67 SUBJECT TO 2% AGI | 103. |
| TOTAL TO SCHEDULE K-1, BOX 13, CODE W |  | 103. |

===============================================================================

| SCHEDULE K-1 | UNRELATED BUSINESS TAXABLE INCOME, BOX 20, CODE V |  |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| UNRELATED BUSINESS TAXABLE INCOME |  | 0. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE V |  | 0. |

===============================================================================

| SCHEDULE K-1 | OTHER INFORMATION, BOX 20, CODE AH |  |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| BEGINNING TAX BASIS CAPITAL |  | 40,753. |
| ENDING TAX BASIS CAPITAL |  | 39,171. |

===============================================================================

| SCHEDULE K-1 | GROSS RECEIPTS - SECTION 59A(E), BOX 20, CODE AG |  |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| GROSS RECEIPTS FOR SECTION 59A(E) | SEE IRS SCH. K-1 INSTRUCTIONS | 2,066. |
| TOTAL TO SCHEDULE K-1, LINE 20 AG |  | 2,066. |

BOSTON CAPITAL VENTURES IV, LP

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES) | |
|---|---|---|
| DESCRIPTION | AMOUNT | TOTALS |
| LONG-TERM CAPITAL GAIN (LOSS) | 2,066. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 2,066. |
| OTHER DEDUCTIONS | -103. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -103. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 1,963. |
| UNREALIZED GAIN ON INVESTMENTS | | -9,040. |
| TOTAL OTHER INCREASES OR DECREASES | | -9,040. |

| SCHEDULE K-1 | ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS | |
|---|---|---|
| GAAP | | |
| BEGINNING TAX BASIS CAPITAL | | 40,753. |
| ENDING TAX BASIS CAPITAL | | 39,171. |

Schedule K-1 (Form 1065) 2019     Page **2**

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040 or 1040-SR.
For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

2. Net rental real estate income (loss) — See the Partner's Instructions
3. Other net rental income (loss)
   - Net income — Schedule E, line 28, column (h)
   - Net loss — See the Partner's Instructions
4a. Guaranteed payment Services — See the Partner's Instructions
4b. Guaranteed payment Capital — See the Partner's Instructions)
4c. Guaranteed payment Total — See the Partner's Instructions
5. Interest income — Form 1040 or 1040-SR, line 2b
6a. Ordinary dividends — Form 1040 or 1040-SR, line 3b
6b. Qualified dividends — Form 1040 or 1040-SR, line 3a
6c. Dividend equivalents — See the Partner's Instructions
7. Royalties — Schedule E, line 4
8. Net short-term capital gain (loss) — Schedule D, line 5
9a. Net long-term capital gain (loss) — Schedule D, line 12
9b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. Unrecaptured section 1250 gain — See the Partner's Instructions
10. Net section 1231 gain (loss) — See the Partner's Instructions
11. Other income (loss)

   Code
   - A  Other portfolio income (loss) — See the Partner's Instructions
   - B  Involuntary conversions — See the Partner's Instructions
   - C  Sec. 1256 contracts & straddles — Form 6781, line 1
   - D  Mining exploration costs recapture — See Pub. 535
   - E  Cancellation of debt
   - F  Section 743(b) positive adjustments
   - G  Section 965(a) inclusion
   - H  Income under subpart F (other than inclusions under sections 951A and 965) — See the Partner's Instructions
   - I  Other income (loss)

12. Section 179 deduction — See the Partner's Instructions
13. Other deductions
   - A  Cash contributions (60%)
   - B  Cash contributions (30%)
   - C  Noncash contributions (50%)
   - D  Noncash contributions (30%) — See the Partner's Instructions
   - E  Capital gain property to a 50% organization (30%)
   - F  Capital gain property (20%)
   - G  Contributions (100%)
   - H  Investment interest expense — Form 4952, line 1
   - I  Deductions - royalty income — Schedule E, line 19
   - J  Section 59(e)(2) expenditures — See the Partner's Instructions
   - K  Excess business interest expense — See the Partner's Instructions
   - L  Deductions - portfolio (other) — Schedule A, line 16
   - M  Amounts paid for medical insurance — Schedule A, line 1, or Schedule 1 (Form 1040 or 1040-SR), line 16
   - N  Educational assistance benefits — See the Partner's Instructions
   - O  Dependent care benefits — Form 2441, line 12
   - P  Preproductive period expenses — See the Partner's Instructions
   - Q  Commercial revitalization deduction from rental real estate activities — See Form 8582 Instructions
   - R  Pensions and IRAs — See the Partner's Instructions
   - S  Reforestation expense deduction — See the Partner's Instructions
   - through U  Reserved for future use
   - V  Section 743(b) negative adjustments
   - W  Other deductions — See the Partner's Instructions
   - X  Section 965(c) deduction

14. Self-employment earnings (loss)

   Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.
   - A  Net earnings (loss) from self-employment — Schedule SE, Section A or B
   - B  Gross farming or fishing income — See the Partner's Instructions
   - C  Gross non-farm income — See the Partner's Instructions

15. Credits
   - A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
   - B  Low-income housing credit (other) from pre-2008 buildings
   - C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings
   - D  Low-income housing credit (other) from post-2007 buildings — See the Partner's Instructions
   - E  Qualified rehabilitation expenditures (rental real estate)
   - F  Other rental real estate credits
   - G  Other rental credits

   Code
   - H  Undistributed capital gains credit — Schedule 3 (Form 1040 or 1040-SR), line 13, box a
   - I  Biofuel producer credit — See the Partner's Instructions
   - J  Work opportunity credit
   - K  Disabled access credit
   - L  Empowerment zone employment credit
   - M  Credit for increasing research activities — See the Partner's Instructions
   - N  Credit for employer social security and Medicare taxes
   - O  Backup withholding
   - P  Other credits

16. Foreign transactions
   - A  Name of country or U.S. possession
   - B  Gross income from all sources — Form 1116, Part I
   - C  Gross income sourced at partner level

   Foreign gross income sourced at partnership level
   - D  Reserved for future use
   - E  Foreign branch category
   - F  Passive category — Form 1116, Part I
   - G  General category
   - H  Other

   Deductions allocated and apportioned at partner level
   - I  Interest expense — Form 1116, Part I
   - J  Other — Form 1116, Part I

   Deductions allocated and apportioned at partnership level to foreign source income
   - K  Reserved for future use
   - L  Foreign branch category
   - M  Passive category — Form 1116, Part I
   - N  General category
   - O  Other

   Other information
   - P  Total foreign taxes paid — Form 1116, Part II
   - Q  Total foreign taxes accrued — Form 1116, Part II
   - R  Reduction in taxes available for credit — Form 1116, line 12
   - S  Foreign trading gross receipts — Form 8873
   - T  Extraterritorial income exclusion — Form 8873
   - U  through V — Reserved for future use
   - W  Section 965 information
   - X  Other foreign transactions — See the Partner's Instructions

17. Alternative minimum tax (AMT) items
   - A  Post-1986 depreciation adjustment
   - B  Adjusted gain or loss — See the Partner's Instructions and the Instructions for Form 6251
   - C  Depletion (other than oil & gas)
   - D  Oil, gas, & geothermal - gross income
   - E  Oil, gas, & geothermal - deductions
   - F  Other AMT items

18. Tax-exempt income and nondeductible expenses
   - A  Tax-exempt interest income — Form 1040 or 1040-SR, line 2a
   - B  Other tax-exempt income — See the Partner's Instructions
   - C  Nondeductible expenses — See the Partner's Instructions

19. Distributions
   - A  Cash and marketable securities
   - B  Distribution subject to section 737 — See the Partner's Instructions
   - C  Other property

20. Other information
   - A  Investment income — Form 4952, line 4a
   - B  Investment expenses — Form 4952, line 5
   - C  Fuel tax credit information — Form 4136
   - D  Qualified rehabilitation expenditures (other than rental real estate)
   - E  Basis of energy property
   - F  through G — See the Partner's Instructions
   - H  Recapture of investment credit — See Form 4255
   - I  Recapture of other credits — See the Partner's Instructions
   - J  Look-back interest - completed long-term contracts — See Form 8697
   - K  Look-back interest - income forecast method — See Form 8866
   - L  Dispositions of property with section 179 deductions
   - M  Recapture of section 179 deduction
   - N  Interest expense for corporate partners
   - O  through Y
   - Z  Section 199A information
   - AA  Section 704(c) information
   - AB  Section 751 gain (loss) — See the Partner's Instructions
   - AC  Section 1(h)(5) gain (loss)
   - AD  Deemed section 1250 unrecaptured gain
   - AE  Excess taxable income
   - AF  Excess business interest income
   - AG  Gross receipts for section 59A(e)
   - AH  Other information

911262  12-30-19